# EXHIBIT A

## Sean Goodale

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Sublime | April 29, 1992 (Miami) | Sublime | 224-105 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| Arista Records LLC | Outkast | Jazzy Belle | Atliens | 233-296 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Got Ur Self A | Stillmatic | 305-698 |