goodale.sean - userlog - 93689796.txt

Log for User at address 68.9.62.104:6346 generated on 10/2/2005 8:33:56 AM EDT (-0400 GMT)
Total Files: 1068
------------------------------
Total Audio Files: 964
Total Video Files: 0
Total Software Files: 2
Total Document Files: 1
------------------------------
Total Matched Files: 26
Total Distinct Matches: 16

FileName: clink.jar (307,949 bytes)
FileName: commons-httpclient.jar (459,988 bytes)
FileName: commons-logging.jar (59,154 bytes)
FileName: daap.jar (311,611 bytes)
FileName: i18n.jar (25,678 bytes)
FileName: icu4j.jar (741,440 bytes)
FileName: id3v2.jar (94,430 bytes)
FileName: jcraft.jar (136,693 bytes)
FileName: jl011.jar (255,016 bytes)
FileName: jmdns.jar (69,306 bytes)
FileName: LimeWire On Startup.lnk (1,549 bytes)
FileName: LimeWire.exe (81,920 bytes)
FileName: LimeWire.ico (13,806 bytes)
FileName: LimeWire.jar (6,010,935 bytes)
FileName: LimeWire20.dll (40,960 bytes)
FileName: logicrypto.jar (227,510 bytes)
FileName: looks.jar (630,634 bytes)
FileName: MessagesBundles.jar (2,654,542 bytes)
FileName: mp3sp14.jar (40,064 bytes)
FileName: ProgressTabs.jar (5,964 bytes)
FileName: spacer.gif (49 bytes)
FileName: themes.jar (433,585 bytes)
FileName: tritonus.jar (152,711 bytes)
FileName: uninstall.exe (104,593 bytes)
FileName: vorbis.jar (27,215 bytes)
FileName: xerces.jar (2,147,687 bytes)
FileName: xml-apis.jar (207,655 bytes)
FileName: badge.img (830 bytes)
FileName: limewire.gif (211 bytes)
FileName: Camron, Jimmy Jones & Juelz Santana; Freestyle.mp3 (6,011,075 bytes)
FileName: DJ Kay Slay feat. Lil' Scrappy - Win Or Lose.mp3 (2,239,624 bytes)
FileName: Juelz Santana feat. Paul Wall - We Don't Give A Fuck.mp3 (2,500,026 bytes)
FileName: Lil' Wayne - 07 - down_and_out.mp3 (2,674,852 bytes)
FileName: Lloyd Banks - No Peace Talks.mp3 (2,863,707 bytes)
FileName: 01 Game Over (Explicit Album Version).mp3 (6,047,658 bytes)
FileName: 06 The Exies - Baptize Me.mp3 (6,084,747 bytes)
FileName: 11_young_buck_-_black_gloves-smo.mp3 (4,553,810 bytes)
FileName: 2 Pac - Tupac - Dear Mama.mp3 (4,478,492 bytes)
FileName: 22-jadakiss_ft._jae_millz-carry_your_casket-c4.mp3 (2,681,760 bytes)
FileName: 3 6 Mafia - 36 MOFIA - Tongue Ring.mp3 (3,911,228 bytes)
FileName: 3 6 Mafia-02- 44 killers.mp3 (2,477,189 bytes)
FileName: 3-6 Three Six Mafia - Gang Signs.mp3 (3,036,611 bytes)
FileName: 36 -Three Six Mafia and Twista - Smoked Out.mp3 (3,809,664 bytes)
FileName: 36 Mafia - Ass and Titties.mp3 (5,390,385 bytes)
FileName: 36 Mafia - Bin laden weed.mp3 (7,209,003 bytes)
FileName: 36 Mafia - Kings of Memphis Underground - Fuck what You Heard.mp3 (2,711,808 bytes)
FileName: 36 Mafia - Like A Pimp Remix.mp3 (3,735,805 bytes)
FileName: 36 Mafia - Slob On My Knob.mp3 (2,908,440 bytes)

goodale.sean - userlog - 93689796.txt

FileName: 36 Mafia feat. Trillville and Lil wyte - Who I Is.mp3 (6,459,875 bytes)
FileName: 36 Mafia ft. Lil Flip - Ride Spinners.mp3 (6,603,150 bytes)
FileName: 36 Mafia ft. Lil Whyte - One Hitta Quita (dirty).mp3 (7,229,706 bytes)
FileName: 36 Mafia, Master P, C-Murder & Lil Troy - Hoody Hoo (Remix).mp3 (2,500,616 bytes)
FileName: 36 mofia Three Six Mafia - Tear da CLub Up.mp3 (1,780,096 bytes)
FileName: 36-Mafia - Sippin On Some Syrup.mp3 (4,564,992 bytes)
FileName: 40 Below Summer - Falling Down.mp3 (4,337,546 bytes)
FileName: 40 Below Summer - I'm So Ugly.wma (1,338,764 bytes)
FileName: 40 Below Summer - Minus One.mp3 (2,528,619 bytes)
FileName: 40 Below Summer - Self Medicate.mp3 (4,550,616 bytes)
FileName: 40 Below Summer - Step Into The Sideshow.mp3 (2,940,308 bytes)
FileName: 40 Below Summer - We the People.mp3 (3,539,835 bytes)
FileName: 40 Below Summer-Rope.mp3 (4,217,174 bytes)
FileName: 50 Cent - Just A Little Bit.mp3 (3,808,071 bytes)
FileName: 50 CENT Outta Control Remix Feat Mobb Deep.mp3 (5,144,417 bytes)
FileName: 50 Cent, Lloyd Banks, Young Buck Freestyle (Shyne & Lil' Kim Diss)(1).mp3 (17,993,187 bytes)
FileName: 50 Cent-Guess Who's Back-04-That's What's Up (G Unit).MP3 (3,991,082 bytes)
FileName: A New Found Glory - Belated.wma (2,998,951 bytes)
FileName: A New Found Glory - Everything I Do I Do It For You.mp3 (2,788,021 bytes)
FileName: A New Found Glory - Forget My Name.wma (3,076,639 bytes)
FileName: A New Found Glory - Singled Out.wma (3,220,063 bytes)
FileName: A New Found Glory - Sonny.wma (3,357,511 bytes)
FileName: a new found glory - the glory of love.mp3 (3,188,158 bytes)
FileName: Atreyu - A Letter To Someone Like You.mp3 (3,188,158 bytes)
FileName: Atreyu - Ain't Love Grand.mp3 (3,572,553 bytes)
FileName: Atreyu - Bleeding Hearts.mp3 (1,587,200 bytes)
FileName: Atreyu - Bleeding Mascara.mp3 (3,511,152 bytes)
FileName: Atreyu - Deanne The Arsonist.mp3 (4,441,356 bytes)
FileName: Atreyu - Don't Laugh.mp3 (2,982,768 bytes)
FileName: Atreyu - Extinct.mp3 (2,638,542 bytes)
FileName: Atreyu - Lip Gloss And Black.mp3 (4,911,232 bytes)
FileName: Atreyu - Living Each Day Like Your Already Dead.mp3 (3,961,265 bytes)
FileName: Atreyu - love is illness.mp3 (5,139,478 bytes)
FileName: Atreyu - Of Gods And Monsters.mp3 (776,192 bytes)
FileName: Atreyu - Right Side of the Bed.mp3 (3,560,560 bytes)
FileName: atreyu - suicide notes and butterfly kisses - deanne the arsonist.mp3 (3,551,365 bytes)
FileName: Atreyu - Taking Back Every Word That I Said.mp3 (1,562,624 bytes)
FileName: Atreyu - The Crimson.mp3 (5,808,256 bytes)
FileName: Atreyu - The Remembrance Ballad.mp3 (5,620,598 bytes)
FileName: Atreyu - Tulips Are Better.mp3 (3,309,366 bytes)
FileName: Atreyu - Who Died.mp3 (4,167,723 bytes)
FileName: Atreyu - You Give Love A Bad Name.mp3 (3,302,848 bytes)
FileName: Atreyu Corsetting.mp3 (3,124,958 bytes)
FileName: Atreyu-Never Too Far Gone.mp3 (6,420,787 bytes)
FileName: audio slave - audioslave - bleed.mp3 (5,080,398 bytes)
FileName: Audio Slave - I Am the Highway.mp3 (8,043,317 bytes)
FileName: Audio Slave - Light My Way.mp3 (4,885,777 bytes)
FileName: Audio Slave - Like a Stone.mp3 (7,061,531 bytes)
FileName: Audio Slave - Your Saviour.mp3 (5,868,481 bytes)
FileName: Avant Feat. KeKe Wyatt - Nothing in this world.mp3 (5,955,012 bytes)
FileName: Avenged Sevenfold - Bat Country(1).mp3 (7,936,136 bytes)
FileName: Baby feat Lil Wayne - Neck Of The Woods.mp3 (8,437,836 bytes)
FileName: BEANIE SEIGAL- FEEL IT IN THE AIR.mp3 (3,445,621 bytes)
FileName: Beanie Sigel- special delivery freestyle.mp3 (4,980,736 bytes)
FileName: Big Noyd -Bang bang.mp3 (4,370,950 bytes)
FileName: Biggie Smalls & Puff Daddy - Mo Money More Problems.mp3 (4,123,722 bytes)
FileName: Biggie Smalls - Kick In The Door.mp3 (4,580,959 bytes)
FileName: Biggie Smalls - Player's Anthem.mp3 (5,148,753 bytes)
FileName: Biggie Smalls- I Got a Story to Tell.mp3 (4,534,994 bytes)

FileName: Black Rob - Like Woah!.mp3 (3,902,529 bytes)
FileName: bobby valentino - Tell Me (Remix ft Lil Wayne).mp3 (5,476,086 bytes)
FileName: Cam'ron f. Kanye West - Down & Out.mp3 (6,666,240 bytes)
FileName: Cam'ron ft Hell Rell - Get Em' Daddy.mp3 (5,751,001 bytes)
FileName: Cassidy feat Lil Wayne and Fabolous - I m a hustla - 6 Minutes of Death.mp3 (9,278,500 bytes)
FileName: Copy of Dashboard Confessionals - Living in Your Letters.mp3 (3,537,248 bytes)
FileName: Cormega - Get Out My Way.mp3 (4,321,418 bytes)
FileName: Covers - New Found Glory - So Happy Together.mp3 (1,893,304 bytes)
FileName: Covers - New Found Glory - Time after Time.MP3 (1,574,279 bytes)
FileName: Covers - New Found Glory-Somewhere Over the Rainbow.mp3 (1,467,292 bytes)
FileName: dashboard confessinals - vindicated.mp3 (4,804,579 bytes)
FileName: Dashboard Confessionals - Again I Go Unnoticed.mp3 (2,273,614 bytes)
FileName: Dashboard Confessionals - Broken Heart (Acoustic).mp3 (3,536,736 bytes)
FileName: Dashboard Confessionals - Hope You're Happy.mp3 (2,356,999 bytes)
FileName: Dashboard Confessionals - Jamie.mp3 (4,974,339 bytes)
FileName: Dashboard Confessionals - Remember to Breathe.mp3 (5,240,832 bytes)
FileName: Dashboard Confessionals - Saints and Sailors.mp3 (2,453,632 bytes)
FileName: Dashboard Confessionals - Screaming Infidelities.mp3 (3,442,688 bytes)
FileName: Dashboard Confessionals - So Long Sweet Summer.mp3 (2,266,848 bytes)
FileName: dashboard confessionals - the sharp hint of new tears.mp3 (2,905,684 bytes)
FileName: Dashboard Confessionals - This Bitter Pill.mp3 (983,864 bytes)
FileName: Dashboard Confessionals - This Ruined Puzzle.mp3 (2,754,605 bytes)
FileName: Dashboard Confessionals- As lovers go.mp3 (4,217,478 bytes)
FileName: Dashboard Confessionals- She Talks To Angels.mp3 (7,946,206 bytes)
FileName: dashboard confessionals-not so easy.mp3 (3,887,404 bytes)
FileName: DHT - listen to your heart (slow).mp3 (6,499,854 bytes)
FileName: DHT - Listen To Your Heart (Techno).mp3 (3,364,537 bytes)
FileName: Dip Set Ft. Lil Scrappy & Lil Jon - What They Gon Do.mp3 (3,689,804 bytes)
FileName: diplomats-more_than_music_.mp3 (4,952,074 bytes)
FileName: Dipset - JR Writer - yall aint ready.mp3 (5,527,328 bytes)
FileName: DJ Green Lantern(COUNTDOWN TO ARMAGEDDON) - 13 - Andre 3000 ft. Young Buck - Gangstas(Green Mix).mp3 (3,158,164 bytes)
FileName: Eminem & Southpark - Drugs are Bad Mmmmkay.mp3 (6,212,912 bytes)
FileName: Eric Clapton - Tears In Heaven.mp3 (4,418,630 bytes)
FileName: Evanesence - 03 - Imaginary.mp3 (3,391,286 bytes)
FileName: Evanesence - Fallen - Bring Me To Life.mp3 (3,797,543 bytes)
FileName: Evanesence - Fallen retail - Everybody s fool.mp3 (4,702,053 bytes)
FileName: Evanesence - Surrender.mp3 (3,454,733 bytes)
FileName: Fantasia Barrino - Free Yourself.mp3 (5,263,188 bytes)
FileName: Fat Joe, T.I., BunB, Camron - No Problems Remix.mp3 (7,120,896 bytes)
FileName: Finch - Bitemarks And Bloodstains.mp3 (6,505,299 bytes)
FileName: Foo Fighters - The Best of You.mp3 (4,062,879 bytes)
FileName: Freddy vs Jason Soundtrack - 08 - The After Dinner Payback - From Autumn To Ashes.mp3 (4,094,805 bytes)
FileName: From Autumn to Ashes - A Penny For Your Confessions.mp3 (4,633,596 bytes)
FileName: From Autumn to Ashes - Cherry Kiss.mp3 (3,561,490 bytes)
FileName: From Autumn To Ashes - Chloroform Perfume.mp3 (4,311,922 bytes)
FileName: From Autumn to Ashes - F.U.K.C. Is Hardcore.mp3 (2,337,194 bytes)
FileName: From Autumn to Ashes - Milligram Smile.mp3 (4,323,379 bytes)
FileName: From Autumn to Ashes - Short Stories with Tragic Endings.mp3 (9,029,846 bytes)
FileName: From Autumn to Ashes - Take Her to the Music Store.mp3 (5,093,088 bytes)
FileName: from autumn to ashes - the after dinner payback (live).mpg (30,703,220 bytes)
FileName: From Autumn to Ashes - Too Bad You're Beautiful.mp3 (3,916,243 bytes)
FileName: from autumn to ashes - too bad your beautiful - chloroform perfume.mp3 (4,312,050 bytes)
FileName: from first to last - emily.mp3 (4,084,498 bytes)
FileName: From First to Last - Failure By Designer Jeans.mp3 (4,466,069 bytes)
FileName: From First To Last - Ride The Wings Of Pestilence.mp3 (4,289,236 bytes)

FileName: From First To Last - Secrets Don't Make Friends.mp3 (3,927,912 bytes)
FileName: From First to Last- Note To Self .mp3 (3,741,375 bytes)
FileName: G-Unit ft. Lil' Flip - Get That Money Mayne .mp3 (8,645,596 bytes)
FileName: Gary Allen -The Best I've Ever Had.mp3 (1,894,141 bytes)
FileName: Glenn Jones - We've Only Just Begun.mp3 (5,685,464 bytes)
FileName: Green Day-Boulivard Of Broken Dreams.mp3 (4,175,080 bytes)
FileName: Greenday - Holiday.mp3 (7,961,770 bytes)
FileName: Gucci Mane ft. Young Jeezy - So Icy.mp3 (7,010,890 bytes)
FileName: Gwen Stefani-HollaBackGirl.mp3 (4,803,440 bytes)
FileName: G_r_e_a_t _M_e_l_i_n_c_o.wmv (109,312 bytes)
FileName: H-Town - Part Time Lover (1).mp3 (3,988,210 bytes)
FileName: hell_rell-freestyle_.mp3 (982,610 bytes)
FileName: hell_rell-streets_wanna_know.mp3 (5,971,289 bytes)
FileName: Honda VTEC Song.mp3 (3,051,904 bytes)
FileName: ICP Insane Clown Posse - Dating Game.mp3 (3,916,816 bytes)
FileName: icp insane clown posse - the amazing jeckel brothers - dating game.mpg (3,916,816 bytes)
FileName: ill Nino - Cleansing.mp3 (5,409,548 bytes)
FileName: Ill Nino - How Can I Live.mp3 (4,821,286 bytes)
FileName: iLL NiNO - I Am Loco.mp3 (3,243,375 bytes)
FileName: Ill Nino - Liar.mp3 (3,389,440 bytes)
FileName: Ill Nino - What Comes Around.mp3 (3,629,278 bytes)
FileName: Imprint - Double Drive.mp3 (6,074,677 bytes)
FileName: Infinities End- Meant to Be (like blink 182, sum 41, ataris, good charlotte, mxpx, reliant k, alkaline trio, new found glory, simple plan, punk).wma (4,831,449 bytes)
FileName: Infinities End- We Were Kids (like blink 182, sum 41, green day, good charlotte, mxpx, reliant k, alkaline trio, new found glory, simple plan, sr 71, eve 6).mp3 (9,645,900 bytes)
FileName: Jadakiss - I'm An Animal Freestyle(50cent Diss) 2005 SOUNDS PERFECT OFF THE RADIO.mp3 (3,702,457 bytes)
FileName: Jae Millz, Camron, TI - No No No Remix.mp3 (6,282,936 bytes)
FileName: Jae_millz--i_like_dat-stop_(main)-aes(RealestNiggas.Com).mp3 (5,867,761 bytes)
FileName: Jay Z -Dear Summer.mp3 (3,578,631 bytes)
FileName: Jim Jones f. Trey Songs - Summer With Miami.mp3 (4,968,874 bytes)
FileName: jody_breeze_ft._jazze_pha--stay_fresh_.mp3 (6,851,370 bytes)
FileName: John Mayer-Clarity.mp3 (10,940,544 bytes)
FileName: jr writer - Damn freestyle f. juelz.mp3 (3,652,511 bytes)
FileName: JR Writer,Uncasa,Juelz Santana- 9 min freestyle.mp3 (8,539,670 bytes)
FileName: jr._writer-mezmorized.mp3 (4,332,513 bytes)
FileName: Juelz Santana - Back Like Cooked Crack VOL.1 - 19-Juelz_Santana-Rubberband_Man_Freestyle-CR.mp3 (2,482,200 bytes)
FileName: Juelz Santana - Jump.mp3 (2,239,809 bytes)
FileName: Juelz Santana - Mic Check (dirty).mp3 (8,964,096 bytes)
FileName: Juelz Santana - Number One Spot Freestyle.mp3 (2,810,002 bytes)
FileName: Juelz Santana - Squalie (Feat JR Writer).mp3 (6,154,542 bytes)
FileName: Juelz Santana feat. Game & Jim Jones - Round Here.mp3 (6,100,992 bytes)
FileName: Juelz Santana, Gravy, JR Writer- Niggaz Get Clapped.mp3 (7,010,304 bytes)
FileName: Juelz Santana, JR Writer- 9 min Gangsta Freestyle.mp3 (3,161,070 bytes)
FileName: juelz santana- F------ & Friends.wma (3,594,697 bytes)
FileName: juelz santana- S.A.N.T.A.N.A.wma (4,293,883 bytes)
FileName: juelz santana-Feel It In The Air.mp3 (3,597,896 bytes)
FileName: Juvenile-Slow Motion.mp3 (5,959,680 bytes)
FileName: Juvinile And 36 Mafia - Tear Tha Club Up Thugz.mp3 (4,196,608 bytes)
FileName: kanye_west-gone_(feat camron).mp3 (8,423,306 bytes)
FileName: Killswitch Engage - The End Of Heartache - 07 - The End Of Heartache.mp3 (9,053,672 bytes)
FileName: Lamb Of God - 03 - Now You've Got Something To Die For.mp3 (7,203,521 bytes)
FileName: Lamb Of God - Laid To Rest.mp3 (4,608,216 bytes)
FileName: Left Over Crack - No Mercy.mp3 (946,482 bytes)
FileName: left over crack - Athiest Anthem.mp3 (958,248 bytes)

FileName: Left Over Crack - Crack City Rockers.mp3 (2,465,744 bytes)
FileName: Left Over Crack - Jesus Has a Place For Me.mp3 (2,446,281 bytes)
FileName: Left Over Crack - Muppet Namblin.mp3 (1,819,342 bytes)
FileName: left over crack - Nazi White Trash.mp3 (3,100,428 bytes)
FileName: Left Over Crack - So You Wanna be a Cop.mp3 (3,807,574 bytes)
FileName: Left Over Crack - The Drug Song.mp3 (1,171,526 bytes)
FileName: Left Over Crack - The Good, The Bad, The Leftover Crack.mp3 (1,450,112 bytes)
FileName: leftover crack - 08 - gang control.mp3 (2,623,488 bytes)
FileName: Leftover Crack - Atheist Anthem.mp3 (3,172,996 bytes)
FileName: leftover crack - Born to Die.mp3 (3,334,735 bytes)
FileName: Leftover Crack - Heroin or Suicide.mp3 (3,839,492 bytes)
FileName: Leftover Crack - The Drug Song.mp3 (1,170,251 bytes)
FileName: Lifehouse - You and Me.mp3 (4,538,374 bytes)
FileName: Lil John - Real Nigga Roll Call.mp3 (7,401,665 bytes)
FileName: Lil Jon - Da Blow.mp3 (9,042,289 bytes)
FileName: Lil Jon - One Night Stand.mp3 (6,103,029 bytes)
FileName: Lil Jon -grand finale ft nas ti bun b jadakiss ice cube.mp3 (7,894,914 bytes)
FileName: Lil Scrappy ft Lil Jon - fila (forever i love atlanta).mp3 (7,325,689 bytes)
FileName: Lil Wayne - Hoes.mp3 (6,672,603 bytes)
FileName: Lil Wayne -The Prefix-In My Life .mp3 (5,314,309 bytes)
FileName: lil wayne- get down.mp3 (4,368,384 bytes)
FileName: lil wayne- the carter.mp3 (4,419,584 bytes)
FileName: LiL Webbie and Bun B, LiL Boosie - Girl Gimme That Pussy.mp3 (6,428,425 bytes)
FileName: Lil' Jon Ft. Ludacris & 36 Mafia - Move Bitch (Remix).mp3.mp3 (5,264,869 bytes)
FileName: Lil_John_-_Get_Crunk_.mp3 (4,627,302 bytes)
FileName: Lil_wayne -so much_more-freestyle.mp3 (1,157,535 bytes)
FileName: Lloyd banks - Gz up.mp3 (3,388,356 bytes)
FileName: Lloyd Banks - Pressure.mp3 (5,956,301 bytes)
FileName: Lloyd Banks - Squeeze First.mp3 (2,040,860 bytes)
FileName: Lloyd Banks - The Blast Freestyle.mp3 (436,394 bytes)
FileName: Lloyd Banks ft Tony Yayo - Burn (Freestyle).mp3 (1,822,806 bytes)
FileName: Lloyd Banks ft. G-Unit - We on Fire.mp3 (3,740,596 bytes)
FileName: Lloyd_banks_and_tony_yayo-freestyle_on_rap_city.mp3 (4,905,182 bytes)
FileName: Long Beach Dub Allstars - Sensi.mp3 (3,835,577 bytes)
FileName: Ludacris - Pussy Poppin (ft. Shawnna_Lil' Fate).mp3 (6,931,173 bytes)
FileName: Ludacris feat. Three Six Mafia - Go 2 Sleep.mp3 (4,964,067 bytes)
FileName: Ludacris_feat._50_cent-blow_it_out__.mp3 (5,842,825 bytes)
FileName: Mariah Carey - Shake It Off.mp3 (5,727,787 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,018,366 bytes)
FileName: Mariah Carry - Honey.mp3 (4,809,516 bytes)
FileName: Mariah Carry - Its like that.mp3 (4,933,844 bytes)
FileName: Mariah Carry -- We Belong Together.mp3 (4,020,289 bytes)
FileName: Marques Houston - Can I Call You.mp3 (6,659,099 bytes)
FileName: Marques Houston - Naked.mp3 (5,298,641 bytes)
FileName: Marques Houston - Smile.mp3 (2,169,189 bytes)
FileName: Marques Houston - Tears.mp3 (3,071,548 bytes)
FileName: Marques Houston - That Girl.mp3 (5,204,949 bytes)
FileName: Mike Jones - Who Is Mike Jones - Flossin .mp3 (4,760,161 bytes)
FileName: Mike Jones ft. Jay-Z-Back Then (Remix).mp3 (6,571,119 bytes)
FileName: Mike Jones, Lil Keke & Paul Wall - Im A Pimp.mp3 (6,034,418 bytes)
FileName: missy elliot - This Is For My People.mp3 (4,655,104 bytes)
FileName: Missy elliot- funky fresh dressed.mp3 (5,674,743 bytes)
FileName: Missy Elliott - Work It (Dirty).mp3 (4,577,204 bytes)
FileName: Missy Elliott ft. Ciara & Fatman Scoop - Lose Control.mp3 (5,511,944 bytes)
FileName: Mobb Deep, Big Noyd - Get shot the fuck up.mp3 (5,140,480 bytes)
FileName: Mobb Depp - Got it twisted.mp3 (4,588,397 bytes)
FileName: Mudvayne - Happy.mp3 (3,484,492 bytes)

FileName: MxPx, Blink 182, NOFX, Sum 41, Offspring, Green Day, Relient K, Slick Shoes, Lagwagon, Less Than Jake, Ace Troubleshooter, New Found Glory, Ramones, Pennywise, Unwritten Law, Y.mp3 (3,830,561 bytes)
FileName: nelly and tim mcgraw - over and over again.mp3 (9,500,108 bytes)
FileName: Nelly ft. Jaheim - My Place.mp3 (5,404,966 bytes)
FileName: New Found Glory My Heart Will Go On.mp3 (2,931,113 bytes)
FileName: New Found Glory - All Or Nothing.mp3 (3,629,523 bytes)
FileName: New Found Glory - At Least I'm Known for Something.wma (3,415,570 bytes)
FileName: New Found Glory - Ending in Tragedy.wma (3,397,612 bytes)
FileName: New Found Glory - Goonies Are Good Enough.mp3 (3,061,637 bytes)
FileName: New Found Glory - I Dont Wanna Miss A Thing.mp3 (2,406,992 bytes)
FileName: New Found Glory - I Love Rock And Roll (punk covers).mp3 (2,789,270 bytes)
FileName: New Found Glory - I'd Kill to Fall Asleep.wma (3,086,872 bytes)
FileName: New Found Glory - Its Been A Summer.mp3 (3,433,501 bytes)
FileName: New Found Glory - Never Ending Story Theme Song.mp3 (2,774,290 bytes)
FileName: New Found Glory - No News Is Good News.wma (2,877,706 bytes)
FileName: New Found Glory - Sincerely Me.mp3 (2,702,908 bytes)
FileName: New Found Glory - The Story So Far (acoustic).mp3 (6,613,376 bytes)
FileName: New Found Glory- Dressed to Kill.mp3 (3,330,191 bytes)
FileName: Nissan Skyline GT-R 35 (2).jpg (50,584 bytes)
FileName: Norah Jones - 01 - Sunrise (2).mp3 (4,821,506 bytes)
FileName: Norah Jones - Don't Know Why.mp3 (3,403,408 bytes)
FileName: Norah Jones - I've got to see you again .mp3 (3,384,761 bytes)
FileName: Notorious BIG ft. Eminem - Dead Wrong.mp3 (3,992,240 bytes)
FileName: Paster Troy & 36 Mafia - big mouth big talk.mp3 (3,820,191 bytes)
FileName: Paul_Wall_f_Big_Pokey_Sittin_Sidewayz.mp3 (5,569,559 bytes)
FileName: Project Pat ft. 36 Mafia - Break Da Law.mp3 (2,990,558 bytes)
FileName: Rufio - Dipshit.mp3 (2,785,280 bytes)
FileName: Rufio - face the truth.mp3 (3,082,240 bytes)
FileName: rufio - Follow Me.mp3 (5,104,189 bytes)
FileName: Rufio - In My Eyes.mp3 (2,880,285 bytes)
FileName: Rufio - Out Of Control.mp3 (5,105,515 bytes)
FileName: Rufio - Road to Recovery.mp3 (3,455,652 bytes)
FileName: Rufio - Set It Off.mp3 (4,618,926 bytes)
FileName: Rufio - She Cries.mp3 (3,760,020 bytes)
FileName: Rufio - Tears.mp3 (3,071,966 bytes)
FileName: rufio- just a memory.mp3 (2,495,344 bytes)
FileName: Rufio- One Slow Dance.mp3 (4,232,510 bytes)
FileName: Saves the day - Seeing it This Way.mp3 (1,470,848 bytes)
FileName: saves the day - Abercrombie & Fitch.mp3 (3,625,782 bytes)
FileName: Saves The Day - Anywhere With You.mp3 (3,627,136 bytes)
FileName: Saves The Day - At Your Funeral.mp3 (4,558,408 bytes)
FileName: Saves the Day - East Coast.mp3 (1,590,300 bytes)
FileName: Saves the Day - Handsome Boy.mp3 (960,436 bytes)
FileName: Saves The Day - I m sorry I m leaving.mp3 (2,689,115 bytes)
FileName: Saves The Day - Nightingale.mp3 (3,478,606 bytes)
FileName: Saves The Day - Rocks Tonic Juice Ma.mp3 (3,316,785 bytes)
FileName: Saves the Day - Sell My Old Clothes, I'm Off to Heaven.mp3 (3,276,840 bytes)
FileName: Saves The Day - Shoulder to the Wheel.mp3 (3,193,216 bytes)
FileName: Saves the Day - Take Our Cars Now! (Acoustic).mp3 (2,521,931 bytes)
FileName: Saves The Day - The Last Lie I Told.mp3 (2,295,815 bytes)
FileName: Saves The Day - The Way His Collar F.mp3 (2,538,112 bytes)
FileName: Saves The Day - Three Miles Down (ac.mp3 (1,544,448 bytes)
FileName: saves the day - through being cool.mp3 (1,985,690 bytes)
FileName: Saves The Day - Ups and Downs.mp3 (3,174,784 bytes)
FileName: Saves The Day - You Vandal.mp3 (2,372,720 bytes)
FileName: Saves The Day-One Last Kiss.mp3 (5,363,548 bytes)
FileName: Sheek Featuring Fabolous, Beanie Sigel and Jadakiss - Kiss Your Ass Goodbye (Remix).mp3 (6,324,940 bytes)
FileName: sheek_louch-soundz_of_gunz.mp3 (6,500,352 bytes)
FileName: shyne feat. mashonda - shyne .mp3 (6,519,663 bytes)
FileName: Slim Thug ft. 50 Cent, Young Buck, Paul Wall, and Mike Jones - Still

Tippin' (remix).mp3 (8,267,776 bytes)
FileName: Slipknot - Vermilion Pt. 2.wma (4,532,657 bytes)
FileName: Snoop Doggy Dogg & Dr. Dre - Ain't Nothing But A G Thing.mp3 (3,873,193 bytes)
FileName: Something corporate - Only Ashes.mp3 (4,151,463 bytes)
FileName: something corprate - Konstantine.wma (4,665,073 bytes)
FileName: Something Corprate - Break Myself.wma (1,591,200 bytes)
FileName: Something corprate - Falling for you.mp3 (2,733,837 bytes)
FileName: Something Corprate - Ruthless.mp3 (4,901,675 bytes)
FileName: Something Corprate - Wait.mp3 (4,120,881 bytes)
FileName: something corprate - you're gone.mp3 (4,435,348 bytes)
FileName: Something corprate-Punk_Rock_Princess.mp3 (3,669,648 bytes)
FileName: Southpark - Cartman Kills Elmo.mp3 (246,144 bytes)
FileName: Sublime - April 29, 1992.mp3 (3,726,694 bytes)
FileName: Sublime - Badfish.mp3 (2,990,742 bytes)
FileName: Sublime - Garden Grove.mp3 (4,184,667 bytes)
FileName: Submersed - Hollow.mp3 (6,486,272 bytes)
FileName: SunN.Y. - Soul Of A Hustler (Dirty).mp3 (8,504,162 bytes)
FileName: Swisha House- Paul Wall (Xplosive Freestyle).mp3 (3,487,744 bytes)
FileName: System of a Down - B.Y.O.B..mp3 (5,801,984 bytes)
FileName: System of a Down - Chop Suey.mp3 (5,060,938 bytes)
FileName: T- Pain Ft. Stat Quo - Im Sprung (Remix).mp3 (3,778,813 bytes)
FileName: T.I. & Jazze Pha - Let's Get Away.mp3 (6,649,634 bytes)
FileName: T.I. - ASAP (Remix).mp3 (5,758,817 bytes)
FileName: T.I.- Get Loose.mp3 (6,059,199 bytes)
FileName: Tamia - I'm So Into You.mp3 (4,254,082 bytes)
FileName: The Diplomats - Crunk Muzik.mp3 (4,109,878 bytes)
FileName: The Diplomats - Dipset Anthem.mp3 (5,982,085 bytes)
FileName: The Exies - Ugly.mp3 (3,179,800 bytes)
FileName: The Game - 300 bars and Running (G-Unit Diss) LONG DISS.mp3 (26,301,232 bytes)
FileName: The Game - The Documentary - 10 - Start From Scratch [feat. Marsha of Floetry].mp3 (5,566,979 bytes)
FileName: The Longest Yard Soundtrack - 13 - Fly Away - Nelly .mp3 (6,116,999 bytes)
FileName: The Switch.mp3 (5,130,180 bytes)
FileName: The Used - All That Ive Got.mp3 (5,411,466 bytes)
FileName: The Used - Bulimic.mp3 (4,813,408 bytes)
FileName: The Used - I'm A Fake.mp3 (5,396,981 bytes)
FileName: The Used - Pieces Mended.mp3 (3,204,553 bytes)
FileName: The Used - Take it Away.mp3 (1,468,416 bytes)
FileName: The Used - The Taste Of Ink.mp3 (3,530,752 bytes)
FileName: The Used- Yesterday's Feelings.mp3 (3,378,712 bytes)
FileName: Three 6 Mafia - 36 MOFIA - I'm So High.mp3 (3,787,188 bytes)
FileName: Three 6 Mafia - Who Run It.mp3 (6,818,485 bytes)
FileName: Three six Mafia - Mafia Niggaz.mp3 (2,959,360 bytes)
FileName: Three Six Mafia - M.E.M.P.H.I.S..mp3 (6,999,492 bytes)
FileName: three six mafia - three 6 mafia presents choices - mafia.mp3 (12,845,056 bytes)
FileName: Three six Mafia - Weak Azz Bitch.mp3 (2,677,413 bytes)
FileName: TI, PSC, Lil Scrappy- I'm The King.mp3 (6,429,221 bytes)
FileName: Tom Green - The Bum Bum Song.mp3 (2,672,112 bytes)
FileName: Tony Yayo Ft. Joe - Curious (Dirty).mp3 (4,290,464 bytes)
FileName: Tragedy Khadafi - Tm.mp3 (4,063,232 bytes)
FileName: Trance - Hard Techno - Voodoo & Serano - Blood Is Pumping (Club Mix).mp3 (7,418,458 bytes)
FileName: Trillville - Neva Eva - Never ever.mp3 (4,384,896 bytes)
FileName: Tsunami Bomb - Lemonade.mp3 (2,428,380 bytes)
FileName: tupac and Biggie Outlawz -- Runnin' (Uncensored).mp3 (4,231,112 bytes)
FileName: Vision of disorder - Imprint - 01.mp3 (5,155,570 bytes)
FileName: Young Buck - Ready For War.mp3 (2,298,220 bytes)
FileName: Young Buck Feat. Snoop Dogg - The Chronic.mp3 (3,395,484 bytes)
FileName: Young Buck- Stomp .mp3 (4,581,506 bytes)
FileName: Young Jeezy Ft. Mannie Fresh - And Then What (Dirty).mp3 (5,920,708 bytes)

goodale.sean - userlog - 93689796.txt
FileName: Young Jezzy - A.S.A.P. Remix Gucci Mane Diss.mp3 (8,367,668 bytes)
FileName: Chimaira - Dead Inside (live).mpeg (41,055,964 bytes)
FileName: Drift - Cruising Gone Wild - Cars Gone Wild street racing.mpeg (38,635,696 bytes)
FileName: Innocent 18yo Model From Germany Posing.wmv (1,092,769 bytes)
FileName: music.asx (768 bytes)
FileName: music.wma (3,492,199 bytes)
FileName: Secrets Of Direct Response Marketing - Learn how the Pro's-Gurus generate an unending stream of leads and customers and increase profits almost effortlessly.txt (255 bytes)
FileName: Street fights- NEW MOVIE ON DVD! - BETTER THAN GIRLS GONE WILD WWF WWE UFC JACKASS BUMFIGHTS CKY BACKYARD WRESTLING XXX MTV HIGH QUALITY BARROOM BABES AND BRAWLS .mpg (50,925,812 bytes)
FileName: Street Racing - Bad ass cars, crashes, burnouts, drifting.wmv (26,334,643 bytes)
FileName: Street Racing - Nissan Silvia, AE86, R34 Skyline Drifting.mpeg (13,000,154 bytes)
FileName: Street Racing - Sick Cars Drifting in Public.mpg (11,629,382 bytes)
FileName: Young Jeezy - Trap Or Die - 05 - Im Rich Bitch.mp3 (5,683,200 bytes)
FileName:  Twista - Adrenaline Rush - (Chopped n Screwed).mp3 (3,375,438 bytes)
FileName: (instrumentals) The Game - Runnin.mp3 (2,510,412 bytes)
FileName: (Music)Memphis Bleek - Round Here Ft. T.I. & Trick Daddy.mp3 (7,430,581 bytes)
FileName: 01-Trap Or Die (Remix)-Young Jeezy White Dawg Feat Bun B-(Dirty).mp3 (7,371,038 bytes)
FileName: 01-young_jeezy-go_crazy_(remix)_feat._jay-z_fat_joe-prz.mp3 (5,968,633 bytes)
FileName: 02 An Automated Response If You Will.m4a (2,083,767 bytes)
FileName: 02 One Day I Smile.wma (2,677,665 bytes)
FileName: 02-ja_rule_feat._fat_joe_and_jadakiss-new_york_new_york(instrumental-fua.mp3 (4,626,878 bytes)
FileName: 02-Pop Shots.mp3 (4,732,863 bytes)
FileName: 02-the_diplomats-dipset_anthem_(ft_camron_and_juelz_santana)_(album)-cms - Chopped - Screwed - Chopped - ScrewLab(1).mp3 (7,008,217 bytes)
FileName: 02-whats_beef.mp3 (3,528,491 bytes)
FileName: 02-Young Jeezy--Gangsta Grills (DJ Drama).mp3 (4,055,168 bytes)
FileName: 03 waited all my life (ryan cabrera).MP3 (1,425,672 bytes)
FileName: 04 What You Deserve.mp3 (5,677,056 bytes)
FileName: 04-houston_calls-elephant_and_castle-myb.mp3 (6,018,258 bytes)
FileName: 04-jadakiss-bring_you_down-rns.mp3 (5,069,979 bytes)
FileName: 04-the_game-hate_it_or_love_it_(feat_50_cent)_(produced_by_cool_and_dre) - Screwed - Chopped - ScrewLab.mp3 (3,111,184 bytes)
FileName: 05 - Sheek Louch, Fabolous, Beanie Sigel & Jadakiss - Kiss Your Ass Goodbye Extended Remix (Ft. The Game).mp3 (6,288,806 bytes)
FileName: 05 Poetic Tragedy.mp3 (5,377,592 bytes)
FileName: 06-112-u_already_know_(dirty)-mad.mp3 (5,499,857 bytes)
FileName: 06-boyz_n_da_hood_feat._eazy_e-gangsta-c4.mp3 (3,575,706 bytes)
FileName: 07 A Box Full Of Sharp Objects.mp3 (4,234,696 bytes)
FileName: 07-houston_calls-einstein_on_a_beach-rns.mp3 (6,306,219 bytes)
FileName: 07-lil_scrappy-soldier_ft_gs_up.mp3 (8,114,489 bytes)
FileName: 07-tony_yayo_ft_young_buck-the_strong_survive-wis.mp3 (4,424,982 bytes)
FileName: 08 Fall Like Rain.mp3 (3,678,762 bytes)
FileName: 08-juelz_santana_young_jeezy_lil_wayne-mic_check_remix-sut.mp3 (4,347,335 bytes)
FileName: 09-tony_yayo-pimpin.mp3 (4,235,148 bytes)
FileName: 10-houston_calls-pen_and_a_piece_of_mind-uni.mp3 (4,196,678 bytes)
FileName: 10-jim_jones-what_you_drinkin_on_(feat._p._diddy_paul_wall_and_jha-jha)-c4.mp3 (5,953,846 bytes)
FileName: 10-young_jeezy-real_big_freestyle.mp3 (3,323,628 bytes)
FileName: 11-juelz_santana_feat._camron-murda_murda-whoa.mp3 (5,963,485 bytes)
FileName: 11-tony_yayo-im_so_high.mp3 (5,456,702 bytes)

FileName: 111 Mike Jones - Still tipping - Instrumentals.mp3 (4,679,284 bytes)
FileName: 112 & Ciara & T.I - If I Can Hit (Remix).mp3 (5,261,007 bytes)
FileName: 112 Come See Me (Put it in Your Mouth Remix).mp3 (3,698,688 bytes)
FileName: 112 ft. shyne - its over now.mp3 (4,251,958 bytes)
FileName: 112, Jay-Z & Lil' Kim - Peaches and Cream.mp3 (3,720,441 bytes)
FileName: 112_-_U_Already_Know.mp3 (7,928,814 bytes)
FileName: 12 - Runnin' (featuring Tony Yayo).mp3 (6,598,784 bytes)
FileName: 12 The Used - I'm A Fake.mp3 (5,401,333 bytes)
FileName: 12-lloyd_banks-in_the_ground_wit_ya_niggaz-wis.mp3 (3,032,464 bytes)
FileName: 13-slim_thug_and_killa_kyleon-freestyle-c4.mp3 (2,750,093 bytes)
FileName: 13-tony_yayo-project_princess_(feat_jagged_edge).mp3 (5,097,472 bytes)
FileName: 16 Never Forget Ya.mp3 (6,464,917 bytes)
FileName: 16-tony_yayo_feat._lloyd_banks-what_we_do-RapHustle.Com.mp3 (1,701,674 bytes)
FileName: 17-jadakiss-kiss_of_death-rns.mp3 (4,678,886 bytes)
FileName: 17-lil_scrappy-trap_niggas_ft_gs_up.mp3 (7,662,690 bytes)
FileName: 19 - Eminem - Eminem feat. Notorious B.I.G. - No Problem (Semi remix).mp3 (2,588,925 bytes)
FileName: 19-t.i.-kill_yourself_flip_(dissin_lil_flip)-rvm.mp3 (4,675,048 bytes)
FileName: 2 Fast 2 Furious - 11 - Jin - Peel Off.mp3 (5,992,627 bytes)
FileName: 2 Pac Tupac - Changes.mp3 (5,389,688 bytes)
FileName: 20 - Eminem - Rainman (Rukiz 10 Crack Commandments blend).mp3 (2,850,149 bytes)
FileName: 23 - Eminem - Way I Am (Semi blend).mp3 (2,573,042 bytes)
FileName: 23-lil_chris.mp3 (3,120,828 bytes)
FileName: 24-Hot 97 Freestyle [Dissin Roc-A-Fella].wma (4,376,207 bytes)
FileName: 27-lil_scrappy-heineken.mp3 (3,862,183 bytes)
FileName: 27-Three 6 Mafia feat. Chrome & Ying Yang Twins - Pole Dance (remix).mp3 (4,016,295 bytes)
FileName: 29 29 Track 29.mp3 (3,319,808 bytes)
FileName: 36 Mafia Ft Young Buck 8-B I Gotta Stay High.mp3 (5,624,895 bytes)
FileName: 50 Cent - 2050 Before The Massacre - 15 - We Gonna Hit Yo Ass Up ft. Lloyd Banks & Tony Yayo.mp3 (6,460,928 bytes)
FileName: 50 cent - How To Rob .mp3 (4,254,790 bytes)
FileName: 50 Cent - The Massacre - 20 - Hate It or Love It (feat. The Game, Lloyd Banks, Tony Yayo, Young Buck) (G Unit Remix) - Screwed - Chopped - ScrewLab.mp3 (954,739 bytes)
FileName: 50 Cent - The Massacre - 20 - Hate It or Love It (feat. The Game, Lloyd Banks, Tony Yayo, Young Buck) (G Unit Remix).mp3 (4,225,024 bytes)
FileName: 50 Cent ft. G-Unit & Mase - 300 Shots.mp3 (6,611,483 bytes)
FileName: 50 Cent- Hustlers Ambition.mp3 (5,635,353 bytes)
FileName: 50 cents - Rowdy Rowdy.mp3 (3,526,238 bytes)
FileName: 504 Boys - I Can Tell U Wanna Fuck feat. Mercedes.mp3 (3,456,488 bytes)
FileName: A New Found Glory - Boy Crazy.mp3 (3,181,761 bytes)
FileName: Aaliyah - I Don't Want To Be Alone.mp3 (4,088,443 bytes)
FileName: Aaliyah - One In A Million.mp3 (4,337,300 bytes)
FileName: Akinelye - Put it in Ya Mouth.mp3 (2,433,024 bytes)
FileName: Alanis Morrisette - Head Over Feet.mp3 (4,280,030 bytes)
FileName: alexz johnson - it could be you.mp3 (2,939,507 bytes)
FileName: Alexz Johnson - Skin.mp3 (2,602,676 bytes)
FileName: alexz johnson - your eyes.mp3 (3,500,954 bytes)
FileName: Alice Deejay - Better Off Alone.mp3 (3,467,066 bytes)
FileName: Armand Van Helden - My my my.mp3 (4,976,640 bytes)
FileName: Atmosphere - Fuck You Lucy.mp3 (5,565,466 bytes)
FileName: Atmosphere - Sound Is Vibration.mp3 (3,795,615 bytes)
FileName: Atmosphere - Trying To Find A Balance.mp3 (6,934,659 bytes)
FileName: Atmosphere-God's Bathroom Floor.mp3 (3,799,361 bytes)
FileName: Avant - Ecstasy.mp3 (3,870,806 bytes)
FileName: Avant - Ooh Aah.mp3 (4,062,820 bytes)
FileName: AZ - A.W.O.L - 02 - Never Change.mp3 (6,282,389 bytes)
FileName: Baby - Birdman - 10 - What happend To That Boy (feat. The Clipse).mp3 (6,194,652 bytes)
FileName: Beanie Sigel & Freeway - D-Block Diss (Oh No Beat).mp3 (2,438,757 bytes)

FileName: Beanie Sigel - Clinton Sparks - Beanie Sigel SP2 Mixtape The Movie - 17 - Bastard f. Jadakiss.mp3 (3,395,471 bytes)
FileName: Beanie Sigel - Feel It In The Air (Instrumental).mp3 (6,432,761 bytes)
FileName: beanie sigel - the reason - nothing like it(2).mp3 (4,869,101 bytes)
FileName: Beanie Sigel, Freeway, Oskeno - Hot 97 FM-Roc-A-Fella Presents Live Freestyles - 01 - Freestyle.wma (4,210,575 bytes)
FileName: Beanie sigel-What Your Life Like 2.mp3 (6,332,209 bytes)
FileName: beanie_sigel_feat._styles_p.-same_45_(clinton_sparks_mix).wma (1,965,577 bytes)
FileName: Beats (Rap) - Instrumentals - Obie Trice & Nate Dogg - DJ Kurupt-The Rundown Pt 4 - Set Up 1.mp3 (4,713,160 bytes)
FileName: Benzino - 03 - Bang Ta Dis.mp3 (3,569,405 bytes)
FileName: Big Pun - Punish Me.mp3 (4,069,652 bytes)
FileName: big pun - The Dream Shatterer.mp3 (5,133,758 bytes)
FileName: Big Pun - Watcha Gonna Do.mp3 (4,794,292 bytes)
FileName: Big Punisher- Beware.mp3 (3,107,064 bytes)
FileName: Big Sty - Itz a Problem.mp3 (4,122,838 bytes)
FileName: Big Sty - Still A Problem.mp3 (4,681,689 bytes)
FileName: biggie smalls - Freestyles Over Classic Deathrow Beats.mp3 (1,662,976 bytes)
FileName: Bilal feat. Dr. Dre & Jadakiss - Fast lane (Remix).mp3 (4,403,200 bytes)
FileName: Black Rob - Help Me Out.mp3 (4,706,432 bytes)
FileName: black_rob_-_business_never_personal.mp3 (4,475,473 bytes)
FileName: Blink 182 & Unwritten Law - California Sky.mp3 (2,889,769 bytes)
FileName: Blink 182 - Adam's Song.mp3 (3,990,535 bytes)
FileName: Blink 182 - Aliens Exist.mp3 (3,081,281 bytes)
FileName: Blink 182 - American Pie Theme Song.mp3 (2,441,299 bytes)
FileName: Blink 182 - Anthem.mp3 (5,208,471 bytes)
FileName: Blink 182 - Apple Shampoo.mp3 (2,746,768 bytes)
FileName: Blink 182 - Carousel.mp3 (3,025,780 bytes)
FileName: Blink 182 - Damnit.mp3 (2,637,488 bytes)
FileName: Blink 182 - Dysentary Gary.mp3 (2,648,275 bytes)
FileName: Blink 182 - Everytime I Look For You.mp3 (4,451,905 bytes)
FileName: blink 182 - family reunion.mp3 (1,118,208 bytes)
FileName: Blink 182 - First Date.mp3 (2,743,032 bytes)
FileName: Blink 182 - Going Away to College.mp3 (3,527,674 bytes)
FileName: Blink 182 - I Guess This Is Growing Up.mp3 (2,710,944 bytes)
FileName: Blink 182 - I Miss You.mp3 (5,457,885 bytes)
FileName: Blink 182 - Man Overboard.mp3 (2,710,500 bytes)
FileName: Blink 182 - Mutt (Tom Delonge Drunk).mp3 (2,877,804 bytes)
FileName: Blink 182 - My Boyfriend's Back (RARE COVER!!!!!).mp3 (2,141,033 bytes)
FileName: Blink 182 - Niggers.mp3 (2,324,672 bytes)
FileName: Blink 182 - Please Take Me Home.mp3 (2,972,152 bytes)
FileName: Blink 182 - Romeo And Rebecca.mp3 (2,397,797 bytes)
FileName: Blink 182 - Shit Piss Fuck Cunt Cocksucker Motherfucker Tits.mp3 (561,280 bytes)
FileName: Blink 182 - The girl next door.mp3 (2,432,065 bytes)
FileName: Blink 182 - The party Song.mp3 (2,231,988 bytes)
FileName: Blink 182 - Touchdown Boy.mp3 (2,986,392 bytes)
FileName: Blink 182 Not Now.mp3 (6,025,149 bytes)
FileName: Blink 182- Seasons in the Sun (1).mp3 (2,390,016 bytes)
FileName: Bonnie Taylor Shakedown...2k1.mp3 (3,708,936 bytes)
FileName: BowWow ft. Ciara - Like You.mp3 (3,307,648 bytes)
FileName: Breaking Benjamin - Blow Me Away (Halo 2 Soundtrack).mp3 (3,288,689 bytes)
FileName: Breaking Benjamin - Break my Fall.mp3 (6,229,587 bytes)
FileName: Breaking Benjamin - Breakdown.mp3 (6,753,310 bytes)
FileName: Breaking Benjamin - Firefly.mp3 (5,849,279 bytes)
FileName: Breaking Benjamin - Forget It.mp3 (6,032,691 bytes)
FileName: Breaking Benjamin - Medicate.mp3 (2,872,044 bytes)
FileName: Breaking Benjamin - Shallow Bay.mp3 (3,663,736 bytes)
FileName: Breaking Benjamin - Water.mp3 (3,698,576 bytes)
FileName: Breaking Benjamin- Polyamorous.mp3 (4,416,284 bytes)
FileName: Breaking Benjamins - No Games.mp3 (3,453,980 bytes)

goodale.sean - userlog - 93689796.txt
FileName: Breaking Benjamins - Simple Design.mp3 (8,080,553 bytes)
FileName: Breaking Benjamins - So Cold.mp3 (4,557,392 bytes)
FileName: C Squared - The Carter 2 (Advance) - 08 - Lil' Wayne - Young Money Nigga (Interlude).mp3 (2,052,096 bytes)
FileName: C Squared - The Carter 2 (Advance) - 09 - Lil' Wayne - Grown Man Shit.mp3 (6,019,072 bytes)
FileName: C Squared - The Carter 2 (Advance) - 11 - Lil' Wayne - True Gangstas.mp3 (6,225,920 bytes)
FileName: C-Murder - Yall Heard Of Me (Feat[1]. B.G.) (Dirty).mp3 (4,559,143 bytes)
FileName: Candy Coated Rain Drops.mp3 (4,432,340 bytes)
FileName: Cassidy & Jay-Z - I'm a hustler.mp3 (4,598,724 bytes)
FileName: Cassidy - Headbussa- Freestyle.mp3 (3,042,771 bytes)
FileName: Cassidy - I'm A Hustla (Chopped & Screwed).mp3 (4,118,953 bytes)
FileName: Celion Deion - Tears In Heaven.mp3 (2,750,257 bytes)
FileName: Celion Dion -The Power Of Love.mp3 (5,500,928 bytes)
FileName: Chamillionaire - Fuck Swisha House (Dissin' Mike Jones, Paul Wall, Michael Watts).mp3 (4,741,120 bytes)
FileName: Chamillionaire - Man on Fire - 21 - Hate it or Love it Houston.mp3 (4,365,106 bytes)
FileName: Chamillionare - head_bussa.mp3 (4,422,337 bytes)
FileName: Chamillionare_ft_Lil_Flip_Turn_It_Up_Dirty.mp3 (6,689,811 bytes)
FileName: Chimaira - Army Of Me.mp3 (6,269,514 bytes)
FileName: Chimaira - Dead Inside.mp3 (3,615,903 bytes)
FileName: Chimaira - Power Trip.mp3 (4,043,474 bytes)
FileName: Chopped and Screwed - J-Kwon - Hood Hop.mp3 (5,832,676 bytes)
FileName: CIARA FEAT.LUDACRIS- OHH!!(CHOPPED AND SCREWED).mp3 (3,362,816 bytes)
FileName: ciara- and i.mp3 (5,483,954 bytes)
FileName: Clinton Sparks, Beanie Sigel, Dame Dash-SP2 (The Movie Mixtape)-2005-11-beanie_sigel_feat._juelz_santana-lights_out_(clinton_sparks_mix)-c4.mp3 (6,147,069 bytes)
FileName: Coheed and Cambria - Cuts Marked in the March of Men (Acoustic).mp3 (6,229,619 bytes)
FileName: Coheed and Cambria - Delirium Trigger.mp3 (5,724,160 bytes)
FileName: coheed and cambria - Everything Evil.mp3 (5,588,114 bytes)
FileName: coheed and cambria - hearshot kid disaster.mp3 (5,446,426 bytes)
FileName: Coheed and Cambria- Bye Bye Beautiful.mp3 (3,741,825 bytes)
FileName: Copy of Lil Wayne - 03 - My Hoes - The Carter 2.mp3 (5,700,942 bytes)
FileName: Creed - My Own Prision.mp3 (4,774,334 bytes)
FileName: Crime Mob ft. Lil' Scrappy - Nuk If You Buck (Chopped and Screwed).mp3 (6,753,287 bytes)
FileName: Crime Mobb feat Lil Scrappy - Knuck If You Buck.mp3 (5,015,079 bytes)
FileName: Crossfade - So Far Away.mp3 (4,951,830 bytes)
FileName: Cuban Link f. Tony Sunshine - Still Tellin' Lies.mp3 (3,571,840 bytes)
FileName: Cuban Link ft. The Game - No Mercy.mp3 (1,582,166 bytes)
FileName: D-Block Styles P ft. Jadakiss - Heat(Diss G-unit).mp3 (2,571,946 bytes)
FileName: Damian Jr. Gong Marley, The Notorious B.I.G.- Welcome To Jamrock Remix.mp3 (5,044,088 bytes)
FileName: Damian Marley - Welcome to jamrock (dirty_version).mp3 (5,473,684 bytes)
FileName: dance k2005 benni bennassi - sweet dreams (remix).mp3 (3,345,846 bytes)
FileName: David Banner - Play-(Chopped and Screwed).mp3 (1,434,271 bytes)
FileName: David Banner- Play (dirty).mp3 (5,098,747 bytes)
FileName: Dem Franchise Boyz ft. JD,Da Brat,Bow Wow- Oh I Think They Like Me Dirty Remix.mp3 (6,853,479 bytes)
FileName: Dem Franchise Boyz- Oh I think they like me .mp3 (6,168,292 bytes)
FileName: Denis Leary - I'm an asshole.mp3 (4,262,346 bytes)
FileName: Destiny's Child - T-Shirt.mp3 (6,991,872 bytes)
FileName: Destinys Child - 03 - Destiny Fulfilled - Cater 2 U.mp3 (3,959,788 bytes)
FileName: DHT - True Love.mp3 (3,773,720 bytes)
FileName: Disturbed - Down With The Sickness.mp3 (4,460,672 bytes)
FileName: Disturbed - Dropping Plates.mp3 (5,504,172 bytes)
FileName: Disturbed - Guarded.mp3 (4,876,791 bytes)
FileName: Disturbed - I'm The One.mp3 (3,726,192 bytes)
FileName: Disturbed - Liberate.mp3 (5,042,048 bytes)

FileName: Disturbed - Numb.mp3 (3,600,512 bytes)
FileName: Disturbed - Prayer.mp3 (5,266,043 bytes)
FileName: Disturbed - Remember.mp3 (4,048,355 bytes)
FileName: Disturbed - Stupified.mp3 (4,381,536 bytes)
FileName: Disturbed - Voices.mp3 (3,050,266 bytes)
FileName: Disturbed, Static X, Slipknot - Awake.mp3 (3,349,487 bytes)
FileName: Disturbed-God Of The Mind.mp3 (2,965,504 bytes)
FileName: DJ Keoki - Caterpiller (crystal method remix).mp3 (4,489,772 bytes)
FileName: dj Keoki - Jealousy.mp3 (15,493,245 bytes)
FileName: DJ Keoki - Speed Racer (Porn Mix).mp3 (7,568,044 bytes)
FileName: DJ Sammy - Boys of summer.mp3 (3,614,449 bytes)
FileName: Dj Smallz-Southern Smoke Instrumentals
2-2004-09-p._diddy_and_byz-n-da-hood-dem_boyz-mob.mp3 (2,218,183 bytes)
FileName: DJ Whoo Kid - G-Unit Radio Part 13 - 11-mobb_deep-glitter__glass-whoa.mp3
(3,096,340 bytes)
FileName: DJ Whoo Kid Feat. 50 Cent, Tony Yayo & The Game - 05 - Do U Remember.mp3
(5,477,274 bytes)
FileName: Dredge - Bug eyes.mp3 (6,286,546 bytes)
FileName: Dredge - Of the Room.mp3 (3,582,345 bytes)
FileName: Drum Solos - Blink 182 - Travis Barker Drum Solo.mp3 (2,279,009 bytes)
FileName: Eagle Eyed Cherry - Save Tonight.mp3 (3,835,715 bytes)
FileName: Eric Clapton - 05 - One Chance.mp3 (7,117,758 bytes)
FileName: Eric Clapton - Eric Clapton - My Fathers Eyes.mp3 (4,359,860 bytes)
FileName: Eric Clapton - Pilgrim.mp3 (14,024,733 bytes)
FileName: Erykah Badu - Bag Lady.mp3 (4,031,600 bytes)
FileName: Erykah Badu ft. Common - Love Of My Life (Album Version).mp3 (5,579,998
bytes)
FileName: Fabolous - 10 - Do The Damn Thang (feat. Young Jeezy).mp3 (6,328,539
bytes)
FileName: Faithless - DJ Keoki - I Can't Get No Sleep.MP3 (4,031,940 bytes)
FileName: Fall Out Boy - Grand Theft Autumn.mp3 (4,598,407 bytes)
FileName: Fall Out Boy - Pretty In Punk.mp3 (5,216,872 bytes)
FileName: Fall Out Boy - Sugar We're Going Down.mp3 (5,202,236 bytes)
FileName: Fall Out Boys - Where Is Your Boy Tonight.mp3 (4,574,900 bytes)
FileName: Finch - Letters To You.mp3 (3,330,048 bytes)
FileName: flossin- [Bonus Chopped and Screwed Disc] Disc 2 [Untitled Track] Mike
Jones Rap & Hip Hop 192kbps.wma (4,784,079 bytes)
FileName: FooFighters - Best of You.mp3 (6,082,944 bytes)
FileName: Frayser Boy feat. Mike Jones and Paul Wall- I Got That Drank.mp3
(5,048,966 bytes)
FileName: freestyles - biggie smalls last freestyle.mp3 (5,573,184 bytes)
FileName: From First To Last - emily.mp3 (4,088,338 bytes)
FileName: From First To Last - Minuet .mp3 (1,815,894 bytes)
FileName: From First To Last - My Heart, Your Hands.mp3 (6,255,263 bytes)
FileName: From First To Last - Populace In Two.mp3 (3,833,013 bytes)
FileName: From First To Last - Soliloquy.mp3 (414,258 bytes)
FileName: From First To Last - Such A Tragedy.mp3 (3,022,380 bytes)
FileName: From First to Last - Ultimatums for Egos.mp3 (3,316,728 bytes)
FileName: From First To Last - When Flying Feels Like Falling.mp3 (4,111,760 bytes)
FileName: G-Unit - The Game-Freestyle (Clap That Boy).mp3 (4,031,314 bytes)
FileName: G-Unit feat. Joe- I Wanna Get To Know You.mp3 (6,363,440 bytes)
FileName: G-Unit feat. The Game - Where Im From.mp3 (2,807,936 bytes)
FileName: G-unit Radio pt. 7, King of New York - 14 - I Luv Da Hood - Young Buck
feat. Game.mp3 (3,899,269 bytes)
FileName: Game - 200 Bars & Runnin.mp3 (8,751,654 bytes)
FileName: game - hate it or love it (fuck 50 ce - freestyle (dissin 50).mp3
(1,163,210 bytes)
FileName: Game ft. Cassidy - Aim for the Head.mp3 (4,056,727 bytes)
FileName: Genuine- differences.mp3 (4,251,776 bytes)
FileName: Genuwine - Aint None of Your Friends Business.mp3 (4,022,630 bytes)
FileName: Genuwine - Stingy.mp3 (6,390,734 bytes)
FileName: Geto Boys - Yes Yes Y'all (Dirty).mp3 (5,446,498 bytes)
FileName: Geto Boys - Yes Yes Yall (screwed n chopped).mp3 (4,948,269 bytes)

FileName: Ginuine-So Anxious.mp3 (3,309,985 bytes)
FileName: Ginuwine - In Those Jeans.mp3 (5,849,058 bytes)
FileName: Gorilla Black - Yes Sir.mp3 (5,734,336 bytes)
FileName: Green Day - Longview.mp3 (3,821,538 bytes)
FileName: Green Day - Why Blink 182 Sucks.mp3 (2,623,488 bytes)
FileName: green day - why blink 182 will never be as good as greenday.mp3 (2,611,328 bytes)
FileName: Gucci Mane - Im So icy (Chopped and Screwed).mp3 (3,357,302 bytes)
FileName: Guerilla Black - Guerilla City - 02 - Guerilla City.mp3 (6,405,403 bytes)
FileName: Guerilla Black - Guerilla City - 04 - Youre The One featuring Mario Winans.mp3 (4,154,769 bytes)
FileName: Guerilla Black - Guerilla City - 08 - sunrise-c4.mp3 (5,874,972 bytes)
FileName: Guerilla Black Feat Beenie Man & 50 Cent - Bad Man (Redz Remix).mp3 (6,294,760 bytes)
FileName: Hawthorne Heights - Ohio Is For Lovers.mp3 (3,919,630 bytes)
FileName: Hawthorne Heights - Silver Bullet.mp3 (3,536,896 bytes)
FileName: Hawthorne Heights - Speeding Up The Octaves.mp3 (3,798,958 bytes)
FileName: Hawthorne Heights - Until Her Heart Stops.mp3 (2,784,666 bytes)
FileName: Hawthrone Heights - Amanda Diamond Eyes.mp3 (3,918,872 bytes)
FileName: Hawthrone Heights - Blue Burns Orange.mp3 (5,485,477 bytes)
FileName: Hawthrone heights - Life On Standby.mp3 (6,784,517 bytes)
FileName: Hawthrone Heights - Niki FM.mp3 (6,247,604 bytes)
FileName: Hawthrone Heights - Sandpaper And Silk.mp3 (5,770,629 bytes)
FileName: Hawthrone Heights - Screenwriting An Apology.mp3 (5,460,905 bytes)
FileName: Hawthrone Heights - Wake Up Call.mp3 (6,674,584 bytes)
FileName: Hawthrone Heights -The Silence In Black And White.mp3 (3,919,118 bytes)
FileName: Hawthrone Heights-Transition.mp3 (6,733,213 bytes)
FileName: Hed PE - Boom (How You Like That).mp3 (5,682,215 bytes)
FileName: Hellogoodbye - Alltimelows.mp3 (2,556,366 bytes)
FileName: hellogoodbye - Bonnie Taylor Shakedown 2k1.mp3 (2,519,424 bytes)
FileName: Hellogoodbye - Bonnie Taylor Shakedown 2k4.mp3 (3,985,408 bytes)
FileName: HelloGoodbye - Bonnie Taylor Shakedown.mp3 (2,519,424 bytes)
FileName: hellogoodbye - demo - bonnie taylor shakedown.mp3 (2,519,168 bytes)
FileName: Hellogoodbye - Escape .mp3 (3,594,700 bytes)
FileName: Hellogoodbye - Figures A and B.mp3 (2,296,395 bytes)
FileName: Hellogoodbye - Homewrecker.mp3 (2,607,195 bytes)
FileName: Hellogoodbye - I Saw It On Your Keyboard.mp3 (2,972,909 bytes)
FileName: hellogoodbye - if you wanna.mp3 (4,109,502 bytes)
FileName: hellogoodbye - Shimmy Shimmy Quarter Turn.mp3 (3,040,202 bytes)
FileName: Hellogoodbye - Two Weeks in Hawaii.mp3 (4,495,952 bytes)
FileName: hellogoodbye - Welcome to the Record.mp3 (1,895,666 bytes)
FileName: hellogoodbye- call and return(1).mp3 (2,222,511 bytes)
FileName: Hip Hop-Clipse - Got Caught Dealin.mp3 (4,913,076 bytes)
FileName: Hip-Hop Instrumentals - Mobb Deep.mp3 (2,523,909 bytes)
FileName: Houston Calls - Bob and Bonnie.mp3 (5,215,232 bytes)
FileName: Houston Calls - Exit, Emergency.mp3 (3,195,384 bytes)
FileName: Houston Calls - High Rise.mp3 (4,350,892 bytes)
FileName: Houston Calls - Made In Moonlight.mp3 (3,111,792 bytes)
FileName: Houston Calls - Seattle Red-Eye.mp3 (2,367,825 bytes)
FileName: Houston Calls- Conversations With The Wind.mp3 (3,098,000 bytes)
FileName: Ice Cube - Today Was A Good Day (Screwed And Chopped Up) By DJ Screw 1.mp3 (4,510,360 bytes)
FileName: Infinities End- Punk Chick (like blink 182, sum 41, ataris, good charlotte, mxpx, reliant k, alkaline trio, new found glory, simple plan, punk).wma (3,259,761 bytes)
FileName: Inner Circle - Sweat (A La La La Long).mp3 (3,604,354 bytes)
FileName: Instrumental - Bilal ft dr dre & jadakiss - Fast lane.mp3 (5,555,557 bytes)
FileName: Instrumental - Cadillac Tah - Pov City Anthem.mp3 (4,446,754 bytes)
FileName: Instrumental -Jadakiss - We Gonna Make It (instrumental).mp3 (5,447,013 bytes)
FileName: Instrumentals - 50 Cent - What Up Gangsta.mp3 (2,796,442 bytes)
FileName: Instrumentals - Alchemist - Sick Piano Beat.mp3 (2,851,274 bytes)

FileName: Instrumentals - Bravehearts ft Nas & Lil' Jon - Quick to Back Down.mp3 (6,636,676 bytes)
FileName: Instrumentals - Cam'Ron - That's Me.mp3 (3,505,389 bytes)
FileName: Instrumentals - Camron ft Kanye West - Down and Out.mp3 (6,235,545 bytes)
FileName: Instrumentals - D-Block - Kiss Your.mp3 (2,601,694 bytes)
FileName: Instrumentals - Game - Put You on the GAme.mp3 (6,100,455 bytes)
FileName: Instrumentals - Jay-Z - Dear Summer.mp3 (2,960,823 bytes)
FileName: Instrumentals - Jim Jones, Game, Camron - Certified Gangstas.mp3 (2,704,005 bytes)
FileName: Instrumentals - Lloyd Banks - Backwards.mp3 (5,349,376 bytes)
FileName: Instrumentals - Nas, AZ & Dr Dre - Phone Tap.mp3 (3,227,943 bytes)
FileName: Instrumentals - Pitbull - Dammit Man.mp3 (6,256,650 bytes)
FileName: Instrumentals - Rap - Jay Z, DMX, Memphis Bleek, Etc - Money, Cash, Hoes.mp3 (3,996,821 bytes)
FileName: Instrumentals - The Game - Higher.mp3 (3,611,585 bytes)
FileName: instrumentals Ruff Ryders ft. Snoop, YungWun, Jadakiss & Scarface - World War 3 .mp3 (4,030,269 bytes)
FileName: instrumentals-50cent feat. ludacris-blow it out ya ass.mp3 (2,137,153 bytes)
FileName: jack johnson- Girl I Wanna Lay You Down .mp3 (6,505,343 bytes)
FileName: Jadakiss - By Your Side.mp3 (6,093,943 bytes)
FileName: Jadakiss - Kiss of death.mp3 (3,573,679 bytes)
FileName: Jadakiss f.Styles & Eve - We Gonna Make It(remix).mp3 (3,133,790 bytes)
FileName: jadakiss feat styles - Special Delivery (Jay Z Diss).mp3.mp3 (1,421,440 bytes)
FileName: Jadakiss ft Tupac - You Aint Shit Without Your Homeboys.mp3 (5,161,466 bytes)
FileName: Jay Z - Got Myself A Gun With Bad Intentions (Nas & Allen Iverson diss).mp3 (4,244,524 bytes)
FileName: Jay Z feat The Roots - Takeover (Live MTV Unplugged).mp3 (4,749,312 bytes)
FileName: Jay Z- Hey Papi (Remix).mp3 (4,975,054 bytes)
FileName: JAY-Z - ITS HOT (50 CENT DISS).mp3 (2,646,208 bytes)
FileName: Jay-Z - Nigga Please.mp3 (5,561,203 bytes)
FileName: Jay-Z, Beanie Sigel - Hot 97 FM-Roc-A-Fella Presents Live Freestyles - 05 - Freestyle.mp3 (10,498,925 bytes)
FileName: Jay-Z, DJ Clue, Freeway - Hot 97 FM-Roc-A-Fella Presents Live Freestyles - 10 - Freestyle(2).mp3 (5,767,552 bytes)
FileName: JayZ-The Life And Times of Shawn Carter Vol 3-02-So Ghetto.mp3 (5,894,144 bytes)
FileName: jay_z-roc_2005_freestyle-mad.mp3 (4,677,811 bytes)
FileName: Jigga and Kanye West - DJ Rukiz - Mixtape Idol - The Bounce Remix (Rukmix).mp3 (5,503,396 bytes)
FileName: Jim Jones - Harlem (Diary of a Summer) - 16 - Baby Girl.mp3 (3,245,915 bytes)
FileName: Jim Jones Ft. Lil Flip - Certified Gangstas (chopped and Screwed)(1).mp3 (4,520,127 bytes)
FileName: Jimmy Eats World - Crimson and Clover.mp3 (3,897,017 bytes)
FileName: Jin - Learn Chinese (Explicit).mp3 (4,341,760 bytes)
FileName: jodeci - freekn you.mp3 (3,749,966 bytes)
FileName: Juelz Santana - 45th and Broadway.mp3 (6,307,175 bytes)
FileName: Juelz Santana - Back Like Cooked Crack Vol. 2 - 09 - Bad News.mp3 (4,075,991 bytes)
FileName: juelz santana - down.mp3 (5,423,915 bytes)
FileName: Juelz Santana - I'm The Truth.mp3 (6,774,160 bytes)
FileName: Juelz Santana - Jealousy.mp3 (5,388,833 bytes)
FileName: JUELZ SANTANA presents... FROM ME TO YOU - 07 - Back Again.mp3 (6,833,273 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone.mp3 (4,010,033 bytes)
FileName: Killswitch Engaged - The End Of Heartache.mp3 (9,058,280 bytes)
FileName: Kon-Tempt - Akon - Ghetto (Juicy Remix Feat. Jadakiss & Cuban Link).mp3 (6,176,116 bytes)
FileName: Lil Boosie & Webbie - Give Me That screwed & chopped.mp3 (7,080,601 bytes)
FileName: Lil Flip & TI - DJ Rukiz - T I Vs Lil Flip (Fight For The Throne) - Keep

It Gangsta.mp3 (3,921,709 bytes)
FileName: Lil Jon & the eastside boys ft Lil Scrappy - what u gonna do(1) - Screwed - Chopped - ScrewLab-HERI A.K.A. PIMP.mp3 (9,024,541 bytes)
FileName: Lil Jon & the eastside boys ft Lil Scrappy - what u gonna do.mp3 (7,702,918 bytes)
FileName: lil jon feat. lil scrappy - fila (forever i love atlanta) - Screwed - Chopped.mp3 (9,050,488 bytes)
FileName: lil jon lil scrappy bun b - dj drama presents lil scrappy- - what they gone do (remix)(3).mp3 (4,791,890 bytes)
FileName: LIL JON-ONE NIGHT STAND(SCREWED AND CHOPPED BY SCREWKING).mp3 (7,997,359 bytes)
FileName: lil romeo ft. solange - true love.MP3 (5,529,101 bytes)
FileName: Lil Scrappy - No Problems.mp3 (3,431,829 bytes)
FileName: Lil Scrappy feat. David Banner & Bonecrusher - Come On.mp3 (2,505,334 bytes)
FileName: Lil Scrappy ft. Georgia Dro - Emergency.mp3 (6,759,152 bytes)
FileName: lil scrappy, trillville- some cut chopped and screwed.wma (6,146,013 bytes)
FileName: Lil Wayne - 03 - Don't Trip - The Carter 2.mp3 (5,052,142 bytes)
FileName: Lil Wayne - 04 - Gangsta Shit - The Carter 2.mp3 (8,740,864 bytes)
FileName: Lil Wayne - 15 - Please Say The Baby - The Carter 2.mp3 (3,322,241 bytes)
FileName: LIL WAYNE - GO DJ (CHOPPED AND SCREWED).mp3 (6,825,657 bytes)
FileName: Lil Wayne - Tha Carter 2 - Done Deal.mp3 (6,317,438 bytes)
FileName: Lil Wayne - Tha Carter 2 - Dont wana see me cry.mp3 (5,736,382 bytes)
FileName: Lil Wayne - Tha Carter 2 - Get it on.mp3 (5,664,896 bytes)
FileName: Lil Wayne - Tha Carter 2 - I aint heard of that.mp3 (2,053,180 bytes)
FileName: Lil Wayne - Tha Carter 2 - I Feel Like Fuckin Sumtin.mp3 (4,624,512 bytes)
FileName: Lil Wayne - Tha Carter 2 - I wont budge(1).mp3 (7,311,468 bytes)
FileName: Lil Wayne Feat. Twin And Reel - You Dont Know (Dissin G-Unit & Nas).mp3 (7,046,627 bytes)
FileName: LiL Wayne- Life- The Carter(2).mp3 (6,754,452 bytes)
FileName: Lil' Kim - Put Ya Lighters Up (produced by Scott Storch).mp3 (5,927,542 bytes)
FileName: Lil' Kim feat Biggie Smalls - Crush on You.mp3 (3,866,624 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 01 - Intro.mp3 (3,289,450 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 03 - Scrappy Message.mp3 (3,052,195 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 05 - G's Up Anthem.mp3 (7,009,830 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 08 - I'm Back.mp3 (4,855,174 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 10 - Get Bread featuring Georgia Dro.mp3 (3,921,972 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 16 - Take A Picture featuring Mase.mp3 (4,244,427 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 18 - Lame Niggaz featuring G's Up.mp3 (5,744,338 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 19 - Street Paper.mp3 (4,278,010 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 20 - Pop Off featuring Georgia Dro.mp3 (4,851,148 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 21 - Certified Player.mp3 (2,008,113 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 22 - Playa Hata.mp3 (3,291,157 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 24 - Number One 2.mp3 (2,317,001 bytes)
FileName: Lil' Scrappy - Full Metal Jacket - 26 - Highest Investment featuring Georgia Dro.mp3 (4,088,899 bytes)
FileName: Lil' Wayne - The Carter - Ain't That A Bitch.mp3 (6,337,637 bytes)
FileName: Lil_Wayne-The_Carter - 19-lil_wayne-earthquake-rns.mp3 (7,076,253 bytes)
FileName: Lil_Wayne_-_Fireman.mp3 (4,286,592 bytes)
FileName: Lloyd Banks - Lean Back (Ft.Young Buck).mp3 (2,817,220 bytes)
FileName: Lloyd Banks- Karma Chopped and Screwed.wma (5,112,467 bytes)
FileName: Love Life.mp3 (1,521,792 bytes)
FileName: Lox- Fuck You.mp3 (5,820,676 bytes)
FileName: Lox- Ryde or Die Bitch.mp3 (6,944,060 bytes)

FileName: Ludacris - Number One Spot (Chopped And Screwed)(1).mp3 (5,136,763 bytes)
FileName: Ludacris - Number One Spot instrumental.mp3 (2,996,907 bytes)
FileName: Ludacris - Red Light District - Sex Positions.mp3 (3,459,370 bytes)
FileName: ludacris crucial conflict jada - dj g brown-flawless blends vol - dirty south style.mp3 (3,821,926 bytes)
FileName: Ludacris ft Tony Toni Tone - Splash Waterfalls (Remix).mp3 (6,475,623 bytes)
FileName: Marques Houston - Can I Call You.mp3 (6,664,079 bytes)
FileName: Marques Houston - Naked - 02 - Sex Wit You.mp3 (7,219,620 bytes)
FileName: Marques Houston - Naked - 06 - Do You Mind.mp3 (5,855,681 bytes)
FileName: Marques Houston- All Because Of You.mp3 (8,568,207 bytes)
FileName: Mase feat. Total - Tell Me What You Want.mp3 (3,870,998 bytes)
FileName: Mest - Cadillac.mp3 (2,762,752 bytes)
FileName: Mest - Forget You.mp3 (2,927,352 bytes)
FileName: Mest - I Melt With You.mp3 (4,781,859 bytes)
FileName: Mest - Jaded .mp3 (4,578,202 bytes)
FileName: Mest - Kiss Me Kill Me.mp3 (5,101,748 bytes)
FileName: Mest - Lonely Days.mp3 (2,123,198 bytes)
FileName: Mest - Mest - 03 - Jaded (These Years).mp3 (4,578,202 bytes)
FileName: mest - Missing My Baby Tonight.mp3 (2,882,332 bytes)
FileName: Mest - Slow Motion.mp3 (2,717,952 bytes)
FileName: Mest - Walking On Broken Glass.mp3 (5,159,463 bytes)
FileName: Mest - What's the Dillio.mp3 (3,166,208 bytes)
FileName: Mobb Deep - Amerikaz Nightmare - 17 - bustin ya hammer (BONUS).mp3 (5,464,196 bytes)
FileName: Mobb Deep - Burn.mp3 (6,238,796 bytes)
FileName: Mobb Deep - G.O.D., Pt. III.mp3 (5,083,139 bytes)
FileName: Mobb Deep - Getaway.mp3 (3,519,344 bytes)
FileName: Mobb Deep - Murda Muzik - Streets Raised Me.mp3 (6,755,612 bytes)
FileName: Mobb Deep - Shook Ones Pt.2.mp3 (5,218,304 bytes)
FileName: Mobb Deep - Shook Ones.mp3 (4,274,163 bytes)
FileName: mobb deep - win or lose ft. jadakiss, jay-z & nas.mp3 (6,730,649 bytes)
FileName: Mobb Deep - Win or Lose.mp3 (3,885,746 bytes)
FileName: Mobb Deep Feat Lil Kim - Quiet Storm (remix).mp3 (5,857,836 bytes)
FileName: Mobb Deep Feat. Cormega-What's Ya Poison.mp3 (4,508,850 bytes)
FileName: Mobb Deep feat. Nas - Its Mine.mp3 (6,313,435 bytes)
FileName: Mobb Deep Ft. Kayne West- New Shit.mp3 (3,797,960 bytes)
FileName: Mortician - chainsaw dismemberment.mp3 (3,185,499 bytes)
FileName: Nas - Got Ur Self A Gun.mp3 (5,536,133 bytes)
FileName: Nas - H to the omo (Jay-z diss).mp3 (3,600,637 bytes)
FileName: Nas - Just a Moment (Featuring Quan).mp3 (4,220,179 bytes)
FileName: Nas - Nas Is Like.mp3 (3,791,835 bytes)
FileName: Nas - Streets Disciple - Disc 1 - 08 - Live Now.mp3 (6,164,178 bytes)
FileName: Nas - Streets Disciple - Disc 2 - 01 - Suicide Bounce.mp3 (4,346,631 bytes)
FileName: Nas Feat. Jadakiss & Ludacris Made You Look_(Remix).mp3 (5,096,564 bytes)
FileName: natalie - i'm going crazy.mp3 (7,006,336 bytes)
FileName: Natasha Bedingfield - Unwritten.mp3 (6,231,159 bytes)
FileName: New Found Glory - Black and Blue.mp3 (2,097,152 bytes)
FileName: Nine Days - Story Of A Girl (featuring Blink 182, Matchbox 20, Third Eye Blind) .mp3 (2,977,792 bytes)
FileName: Nirvana - About A Girl.mp3 (3,475,557 bytes)
FileName: Nirvana - All Apologies.mp3 (3,652,136 bytes)
FileName: Nirvana - Come As You Are.mp3 (3,512,757 bytes)
FileName: Nirvana - Dumb.mp3 (2,774,713 bytes)
FileName: Nirvana - Half The Man I Used To Be.mp3 (5,335,040 bytes)
FileName: Nirvana - Lake Of Fire.mp3 (2,815,339 bytes)
FileName: Nirvana - On A Plain.mp3 (3,631,104 bytes)
FileName: Nirvana - Polly.mp3 (3,149,204 bytes)
FileName: Nirvana - Rape Me.mp3 (2,723,721 bytes)
FileName: Nirvana - Smells Like Teen Spirit.mp3 (4,753,890 bytes)
FileName: Noreaga_Ft_Mariah_Carey_and_Big_Pun_-Friendz.mp3 (4,045,077 bytes)
FileName: Nwa feat Ice Cube & Eazy E - Fuck The Police.mp3 (5,494,875 bytes)

FileName: Obie Trice - Cheers - Never Forget Ya.mp3 (6,435,874 bytes)
FileName: Obie Trice - Cheers.mp3 (5,153,157 bytes)
FileName: Obie Trice feat Redman Lloyd Banks - The Set Up Remix.mp3 (8,550,319 bytes)
FileName: Omarion - O.mp3 (6,004,028 bytes)
FileName: Omarion - Touch (Full).mp3 (4,904,960 bytes)
FileName: OutKast - I Like The Way U Move.mp3 (5,649,613 bytes)
FileName: Outkast - Jazzy Belle.mp3 (3,998,964 bytes)
FileName: Outkast - Ms. Jackson.mp3 (6,602,309 bytes)
FileName: Outkast - Rosa Parks.mp3 (5,177,951 bytes)
FileName: Outkast - The Whole World f Killer Mike.mp3 (4,729,764 bytes)
FileName: Outkast Ft. Sleepy Brown - I Can't Wait.mp3 (4,856,907 bytes)
FileName: Outkast- So Fresh So Clean.mp3 (5,054,499 bytes)
FileName: Paul Oakenfold - Final Fantasy - Set me free (trance mix)(3).mp3 (3,162,196 bytes)
FileName: Paul Oakenfold - Knight Rider (Remix Techno Trance Dance Freestyle Euro House).mp3 (2,681,784 bytes)
FileName: Paul Oakenfold - Ready Steady Go.mp3 (6,144,128 bytes)
FileName: Paul Oakenfold - Sex Drive (bjork).mp3 (5,007,647 bytes)
FileName: Paul Oakenfold feat. Shifty - Starry Eyed Suprise.mp3 (5,397,955 bytes)
FileName: Paul Okenfold - This Is Trance.MP3 (6,664,622 bytes)
FileName: Paul Wall - Sittin Sideways (Screwed & Chopped) .mp3 (7,947,075 bytes)
FileName: Paul Wall, Bun B, Webbie, Hot Wright - G Code.mp3 (4,859,355 bytes)
FileName: Pretty Ricky - Grind On Me (Screwed & Chopped) .mp3 (9,339,716 bytes)
FileName: Pretty Ricky - Your Body (Yes Sir).mp3 (6,254,711 bytes)
FileName: punk covers - Simpsons Theme.mp3 (1,161,216 bytes)
FileName: QB's Finest - Queens Bridge - 02 - Da Bridge 2001 (Feat. Nas, Capone, Mobb Deep, Tragedy, Nature, Mc Shan, Marley Marl, Cormega, & Millennium Thug).mp3 (6,523,048 bytes)
FileName: R Kelly - Sex In The Kitchen (Full Song).mp3 (5,251,127 bytes)
FileName: R. Kelly - Half On A Baby.mp3 (4,727,168 bytes)
FileName: R. Kelly - Ignition.mp3 (3,560,263 bytes)
FileName: R. Kelly - TP3 Reloaded - 09 - Touchin feat. Nivea.mp3 (6,955,828 bytes)
FileName: R. Kelly - You Remind Me Of My Jeep.mp3 (4,004,699 bytes)
FileName: R. Kelly feat. Sparkle - When A Woman's Fed Up.mp3 (5,898,160 bytes)
FileName: R.Kelly - Greatest Sex.mp3 (4,434,512 bytes)
FileName: R.Kelly - twelve play.mp3 (5,674,179 bytes)
FileName: R.Kelly TP2.com - 16 - Feelin' On Your Booty.mp3 (5,906,111 bytes)
FileName: R.Kelly TP2.com - I Decided.mp3 (6,059,199 bytes)
FileName: R.Kelly TP2.com - Just Like That.mp3 (6,588,847 bytes)
FileName: RAP instrumentals - 3-6 Mafia - who runs it(1).mp3 (7,432,192 bytes)
FileName: Rap - Cormega feat mobb deep - i shot ya (remix) (tupac diss).mp3 (4,487,168 bytes)
FileName: Rap Instrumentals - Ja Rule - Clap Back.mp3 (7,383,637 bytes)
FileName: Rap Instrumentals - Lox Fuck You (Instrumental) Rns.mp3 (5,994,496 bytes)
FileName: Rap Instrumentals- Beatnuts, Cuban Links, Big Pun - Off The Books.mp3 (1,137,477 bytes)
FileName: Rap Instrumentals-Ice Cube-It Was A Good Day.mp3 (4,142,019 bytes)
FileName: Rap- Instrumentals-Biggie - I Got A Story To Tell.mp3 (4,410,571 bytes)
FileName: Rap-Instrumentals - Bone Crusher feat killer mike - never scared.mp3 (7,583,502 bytes)
FileName: Rap-Instrumentals - Lil Flip - Like A Pimp.mp3 (6,131,590 bytes)
FileName: RAP-Paul Wall Mike Jones - Dirty South Instrumentals (All The New Shit) - They Dont Know.mp3 (5,525,504 bytes)
FileName: RAVE TECHNO HOUSE Robert Miles - Children 2000 (Trance Remix.mp3 (3,918,208 bytes)
FileName: Real Nigga Roll Call (screwed and chopped) 1.mp3 (6,013,682 bytes)
FileName: Ricky Martin Ft[1]. Fat Joe, Amerie - I Dont Care.mp3 (4,838,470 bytes)
FileName: ricky_martin ft fat joe and amerie -i dont care.mp3 (4,838,086 bytes)
FileName: RKelly - Down Low.mp3 (4,618,624 bytes)
FileName: Ryan Cabrera - Blindsight.mp3 (3,869,134 bytes)
FileName: Ryan Cabrera - I Will.mp3 (5,130,240 bytes)
FileName: Ryan Cabrera - Illusions.mp3 (1,737,054 bytes)

goodale.sean - userlog - 93689796.txt
FileName: Ryan Cabrera - She's.mp3 (2,210,806 bytes)
FileName: ryan cabrera - shine on.mp3 (2,938,569 bytes)
FileName: Ryan Cabrera- True.MP3 (1,421,576 bytes)
FileName: sheek louch - after taxes - 01 - intro.mp3 (2,179,200 bytes)
FileName: Sheek Louch - Street Muzik (Feat. The Game).mp3 (3,577,524 bytes)
FileName: Sheek Louch - Walk With Me - 08 - Crazzy.mp3 (8,915,415 bytes)
FileName: Sheek Louch - Walk With Me - 09 - Ten Hut (feat_jadakiss).mp3 (3,763,860 bytes)
FileName: Shyne- Bonnie And Shine.mp3 (3,106,816 bytes)
FileName: slim thug feat t i & bun b - dj smallz and midi mafia-off the books - three kings (remix).mp3 (7,128,414 bytes)
FileName: Slipknot - Before I Forget.mp3 (8,867,840 bytes)
FileName: Slipknot - Disasterpiece.mp3 (4,931,193 bytes)
FileName: Slipknot - Duality.mp3 (8,407,335 bytes)
FileName: Slipknot - Everything Ends.mp3 (4,062,195 bytes)
FileName: Slipknot - Fuck The World.mp3 (1,779,215 bytes)
FileName: Slipknot - Left Behind.mp3 (2,977,767 bytes)
FileName: Slipknot - My Plague.mp3 (3,511,113 bytes)
FileName: Slipknot - People=Shit.mp3 (3,444,736 bytes)
FileName: Slipknot - Pulse Of The Maggots.mp3 (6,372,542 bytes)
FileName: Slipknot - Sic.mp3 (3,199,955 bytes)
FileName: Slipknot - Spit It Out.mp3 (2,556,366 bytes)
FileName: Slipknot - The Heretic's Anthem.mp3 (4,173,943 bytes)
FileName: Slipknot - Wait and Bleed.mp3 (2,952,797 bytes)
FileName: Slug - Free or Dead.mp3 (4,586,823 bytes)
FileName: Smile Empty Soul - With This Knife.mp3 (5,480,448 bytes)
FileName: Smile Empty Soul - Bottom of a Bottle.mp3 (5,253,120 bytes)
FileName: Smile Empty Soul - Nowhere Kids.mp3 (5,145,171 bytes)
FileName: Smile Empty Soul - Silhouettes.mp3 (4,646,231 bytes)
FileName: Soulfly - Eye For An Eye.mp3 (3,420,178 bytes)
FileName: Soulfly - Prophecy.mp3 (3,456,191 bytes)
FileName: Soulfly-Bleed.mp3 (3,948,032 bytes)
FileName: southern smoke 18-T.I. & P$C ft. Young Jeezy - Where You From.mp3 (3,731,756 bytes)
FileName: Sparkle and R Kelly - Becareful.mp3 (5,077,376 bytes)
FileName: stone sour - bother.mp3 (5,773,312 bytes)
FileName: Sum 41 - Chuck - 08 - Slipping Away.mp3 (3,593,628 bytes)
FileName: Sum 41 - Fat Lip.mp3 (2,855,040 bytes)
FileName: Sum 41 - Motivation.mp3 (2,721,792 bytes)
FileName: Sum 41 - Pieces.mp3 (4,372,286 bytes)
FileName: Sum 41- The Hell Song.mp3 (3,973,342 bytes)
FileName: Sum41 - In Too Deep.mp3 (3,315,712 bytes)
FileName: Swisha House - 504Boys - I Can Tell (screwed and chopped).mp3 (3,208,725 bytes)
FileName: Swisha House - Marques Houston - Naked CHOPPED & SCREWED.mp3 (6,718,710 bytes)
FileName: system of a down - steal this album! - mr jack.mp3 (6,040,055 bytes)
FileName: T.I. Urban Legend - 02 - ASAP (SCREWED AND CHOPPED DJ PLATINUM).mp3 (5,844,368 bytes)
FileName: Techno - DJ Tiesto - Touch Me.mp3 (4,808,680 bytes)
FileName: Terror squad Big Pun feat. Tony Sunshine - Loco Bananas.mp3 (6,175,554 bytes)
FileName: The alchemist ft prodigy, nina sky & illa ghee - hold you down.mp3 (6,551,680 bytes)
FileName: The All-American Rejects - Dirty Little Secret.mp3 (4,713,276 bytes)
FileName: The Ataris - In This Diary.mp3 (3,717,039 bytes)
FileName: The Ataris - The Boys Of Summer.mp3 (6,195,727 bytes)
FileName: The Cure - Friday I'm In Love.mp3 (3,488,958 bytes)
FileName: the damned - stab your back.mp3 (973,256 bytes)
FileName: The Exies - Can't Relate.mp3 (4,445,422 bytes)
FileName: The Exies - My Goddess.mp3 (2,734,996 bytes)
FileName: The Exies - Tired Of You.mp3 (5,002,056 bytes)
FileName: The Game - Aftermath Records Mixtape - Got you dizzy.mp3 (5,732,461 bytes)

FileName: The Game - certafied gangstas.mp3 (4,126,477 bytes)
FileName: The Game - Down And Out (Gunit Diss).mp3 (4,195,050 bytes)
FileName: The Game - Ghost Unit - 07 - Palm Pilot.mp3 (7,960,749 bytes)
FileName: The Game - Ghost Unit - 12 - U Aint Crazy.mp3 (6,154,419 bytes)
FileName: The Game - Ghost Unit - 15 - Lyrical Exercise Part ii.mp3 (5,865,646 bytes)
FileName: The Game - Ghost Unit - 16 - Stay Strapped.mp3 (5,075,118 bytes)
FileName: The Game - Ghost Unit(Dissin G-Unit) - 18 - Don't Body Yourself remix(featuring Nas).mp3 (6,538,885 bytes)
FileName: The Game - How you want that.mp3 (3,686,837 bytes)
FileName: The Game - Just A Lil Bit (Diss Gunit).mp3 (4,025,087 bytes)
FileName: The Game - Like Father, Like Son.mp3 (7,302,310 bytes)
FileName: The Game - Streets Is Talkin.mp3 (5,115,297 bytes)
FileName: The Game ft. Lil' Scrappy - Feel My Pain.mp3 (5,387,042 bytes)
FileName: The Roots - Break You Off.mp3 (5,230,592 bytes)
FileName: The Roots feat Erykah Badu - You Got Me.mp3 (6,738,224 bytes)
FileName: The Spill Canvas - All Hail the Heartbreaker.mp3 (4,929,538 bytes)
FileName: the used - 09 - greener with the scenery.mp3 (3,068,366 bytes)
FileName: The Used - Blue and Yellow.mp3 (3,225,477 bytes)
FileName: The Used - Box Full Of Sharp Objects.mp3 (2,818,733 bytes)
FileName: The Used - Buried Myself Alive.mp3 (3,877,076 bytes)
FileName: The Used - Choke Me.mp3 (2,926,677 bytes)
FileName: The Used - goodbye to you.mp3 (4,935,442 bytes)
FileName: The Used - In Love and Death - 09 - Sound Effects And Overdramatics.mp3 (5,178,773 bytes)
FileName: the used - It's Hard To Say.mp3 (4,626,210 bytes)
FileName: The Used - Listening.mp3 (4,068,734 bytes)
FileName: The Used - Maybe Memories .mp3 (2,803,756 bytes)
FileName: The Used - Pieces Mended.mp3 (3,203,657 bytes)
FileName: The Used - Take it Away.mp3 (1,468,416 bytes)
FileName: The Used - The Taste Of Ink.mp3 (3,528,539 bytes)
FileName: They Call It Murder.mp3 (3,304,554 bytes)
FileName: The_Game_-_Never_Be_Friends__Full_Unreleased_Version_.mp3 (4,005,269 bytes)
FileName: Three 6 mafia bun b camron the diplomats - Southern Smoke X (Hosted By Bubba Sparxxx) - Sippin on syrup pt 2.mp3 (6,936,914 bytes)
FileName: Three Days Grace - Just Like You.mp3 (4,519,444 bytes)
FileName: Three six mafia - Sippin on Some Syrup (chopped and screwed).mp3 (4,357,922 bytes)
FileName: Three Six Mafia feat Young Buck & Eightball & MJG- Gotta Stay Fly (chopped and screwed).mp3 (4,611,344 bytes)
FileName: Tony Yayo - What_I_Need__Not_On_The_Album_.mp3 (4,031,331 bytes)
FileName: Tony Yayo - 06 - Thoughts Of A Predicate Felon - Eastside Westside.mp3 (4,339,213 bytes)
FileName: Tony Yayo - 08 - Thoughts Of A Predicate Felon - We Dont Give A Fuck (Feat Lloyd Banks & Olivia And 50 Cent).mp3 (6,056,365 bytes)
FileName: Tony Yayo - Im A Hustler.mp3 (2,267,136 bytes)
FileName: Tony Yayo - It's all about me (Dissin Game) 1.mp3 (654,866 bytes)
FileName: Tony yayo - tattle teller.mp3 (5,297,971 bytes)
FileName: Tony Yayo - Thoughts Of A Predicate Felon - Die By The Bullet.mp3 (4,202,624 bytes)
FileName: Tony Yayo - We like it.mp3 (2,614,139 bytes)
FileName: Tony Yayo feat Young Buck - Feel it in the air (Remix).mp3 (2,990,496 bytes)
FileName: Tony Yayo Ft. G-unit - I Know You Dont Love Me.mp3 (5,646,046 bytes)
FileName: Tony YayoFt.50 Cent-I Run New York-Thoughts Of A Predicate Felon.mp3 (7,019,339 bytes)
FileName: Trapt - 06 - Echo.mp3 (4,033,444 bytes)
FileName: Trapt - Headstrong.mp3 (4,573,184 bytes)
FileName: Trapt - Still Frame.mp3 (4,373,192 bytes)
FileName: Trick Daddy ft Trina - Nann Nigga (dirty version).mp3 (3,620,696 bytes)
FileName: Trick Daddy ft. Khia & Tampa Tony - Jump On It.mp3 (4,674,354 bytes)
FileName: Trick Daddy- Thug Holiday.mp3 (3,485,696 bytes)

FileName: Twista - Kamikaze(Screwed and Chopped)-02-twista-kill_us_all-rip - Screwed.mp3 (5,519,473 bytes)
FileName: Twista - Kamikaze(Screwed and Chopped)-05-twista-overnight_celebrity_(feat._kanye_west)-rip.mp3 (6,239,229 bytes)
FileName: Tyrese - How You Gonna Act Like That.mp3 (4,557,136 bytes)
FileName: tyrese - i like dem girls.mp3 (6,385,566 bytes)
FileName: Tyrese - There For Me.mp3 (3,884,824 bytes)
FileName: Tyresse - Signs Of Love Making.mp3 (5,906,737 bytes)
FileName: u dont want no dramma (bad boy south).mp3 (4,294,197 bytes)
FileName: Underground HIP HOP-instrumentals - Rap beats - Sickest battle beat.mp3 (4,592,084 bytes)
FileName: Westside Connection - Bow Down.mp3 (3,510,439 bytes)
FileName: westside.mp3 (6,411,997 bytes)
FileName: With Broken Wings - A Beautiful Tragedy (if you like Finch, The Early November, Senses Fail, A Static Lullaby, Noise Ratchet, Anatomy of a Ghost, The Used, Story Of The Year).mp3 (3,149,824 bytes)
FileName: Wu Tang Clan, Old Dirty Bastard - Brooklyn Zoo.mp3 (1,774,627 bytes)
FileName: Xibit - Front 2 Back.mp3 (4,374,519 bytes)
FileName: Xibit - get your walk on.mp3 (3,517,127 bytes)
FileName: Xzibit - Xplosive.mp3 (1,876,284 bytes)
FileName: Xzibit - Paparazzi.mp3 (3,772,922 bytes)
FileName: Xzibit - Restless - 10 - Don't Approach Me feat. Eminem.mp3 (6,625,424 bytes)
FileName: Xzibit ft. Dr Dre - U Know.mp3 (4,945,237 bytes)
FileName: Ying Yang Twins - Wait (The Whisper Song) (Screwed and Chopped).mp3 (3,734,998 bytes)
FileName: Yo Gotti & Lil Jon - Dirty South Soldiers.mp3 (7,143,424 bytes)
FileName: Yo Gotti - Full time 1.mp3 (4,548,614 bytes)
FileName: Young Buck - Stomp Screwed & Chopped.mp3 (4,235,355 bytes)
FileName: Young Buck - Str8_Outta_Cashville - Screwed & Chopped - 07 - Bonafide Hustla feat. 50 Cent & Tony Yayo.mp3 (6,750,563 bytes)
FileName: Young Buck - Str8_Outta_Cashville - Screwed & Chopped - 12 - Stomp feat. T.I. & Ludacris.mp3 (7,057,625 bytes)
FileName: Young Jeezy - 13 - Thug Motivation 101 - Standing Ovation.mp3 (6,301,741 bytes)
FileName: Young Jeezy - 18 - Trapster.mp3 (5,601,002 bytes)
FileName: Young Jeezy - Dem Boyz - Screwed - Chopped.mp3 (6,947,109 bytes)
FileName: Young Jeezy - Dem Boyz(Boyz N Da Hood).mp3 (5,560,789 bytes)
FileName: Young Jeezy - Let's Get It Thug Motivation 101 - 05 - Dope Boy's.mp3 (2,259,312 bytes)
FileName: young jeezy - lil scrappy - get some .mp3 (1,922,698 bytes)
FileName: Young Jeezy - My Hood.mp3 (3,854,386 bytes)
FileName: Young Jeezy -12- Thug Motivation 101 - Soul Survivor ft. Akon.mp3 (4,627,783 bytes)
FileName: young jeezy ft akon- soul survivor screwed and chopped(1).mp3 (7,243,656 bytes)
FileName: Young Jeezy ft Jody Breeze--Gangsta.mp3 (4,620,866 bytes)
FileName: Young Jeezy ft. Baby D - Old School Chevy.mp3 (5,802,772 bytes)
FileName: Young Jeezy ft.Bun-B - Over Here.mp3 (5,708,308 bytes)
FileName: Young Jeezy-hold up.mp3 (4,167,817 bytes)
FileName: Young Jezzy - Air Forces.mp3 (4,896,019 bytes)
FileName: Young Jezzy - T.I Diss.mp3 (7,251,811 bytes)
FileName: Youngbloodz feat. Outkast & C-Lo-85 South.mp3 (5,389,283 bytes)
FileName: Youngbloodz ft Lil Jon - DJ Roli Fingaz-Fire Blends Par - Damn(3 Beat Blend).mp3 (5,880,276 bytes)
FileName: yummy_bingham_feat._jadakiss-come_get_it_(main)-ksi.mp3 (5,060,809 bytes)
FileName: [song]G-Unit - G-Unit Radio Part 11 - 09 - Real Talk Of NY.mp3 (2,219,264 bytes)
FileName: [song]G-Unit - G-Unit Radio Part 11 - 15 - Get Toughed In The Hood.mp3 (1,801,440 bytes)
FileName: Beethoven's Symphony No. 9 (Scherzo).wma (613,638 bytes)
FileName: New Stories (Highway Blues).wma (760,748 bytes)
FileName: Blue hills.jpg (28,521 bytes)

goodale.sean - userlog - 93689796.txt

FileName: Sunset.jpg (71,189 bytes)
FileName: Water lilies.jpg (83,794 bytes)
FileName: Winter.jpg (105,542 bytes)
FileName: Three 6 Mafia - 13 - The Most Known Unknowns - Pussy Got You Hooked FT. Remy Martin.mp3 (5,908,173 bytes)
FileName: Three 6 Mafia - Choices Soundtrack - 19 - I Aint Goin' (Hustlers Theme)(2).mp3 (3,744,880 bytes)
FileName: Three 6 Mafia - 14 - The Most Known Unknowns - Don't Cha Get Mad (ft. Lil Flip).mp3 (4,872,237 bytes)
FileName: Three 6 Mafia - 10 - The Most Known Unknowns - Half On A Sack.mp3 (5,292,086 bytes)
FileName: Three 6 Mafia - 12 - The Most Known Unknowns - When I Pull Up At the Club (ft. Paul Wall).mp3 (6,022,572 bytes)