UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MOTOWN RECORD COMPANY, L.P., et al.**
**Plaintiffs,**

**vs.** **C.A. N0. 07-086ML**

**SEAN GOODALE,**

**Defendant.**

## CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT SEAN GOODALE

It appearing from the records in this action that Summons has been served upon defendant SEAN GOODALE, and it further appearing from the declaration of counsel for Plaintiffs and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendant SEAN GOODALE has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of defendant SEAN GOODALE, hereby is entered.

Enter:

Deputy Clerk

DATED: **July 25, 2007**