UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN GOODALE,<br><br>Defendant. | Case No.: 1:07-cv-00086-ML-DLM |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on July 25, 2007, the Clerk of the Court entered the default of Defendant.

A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

Dated: August 6, 2007

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 6th day of August 2007, I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Mr. Sean Goodale,15 Brandywine Drive, Westerly, RI 02891

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.