## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WESTERLY RI 02891

| | | |
|---|---|---|
| Postage | $ $0.75 | 0852 |
| Certified Fee | $2.65 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.55 | 08/15/2007 |

Sent To: MR SEAN GOODALE

Street, Apt. No.; or PO Box No.: 15 Brandywine Dr.

City, State, ZIP+4: Westerly RI 02891

PS Form 3800, August 2006 See Reverse for Instructions

7007 0220 0003 2089 7155